B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**W.B. Care Center, LLC d/b/a West Broward Care Center** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-2647643** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7751 W. Broward Blvd**<br>**Fort Lauderdale, FL**<br>ZIP Code **33324** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **7751 W. Broward Blvd.**<br>**Fort Lauderdale, FL 33324** |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                 **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **W.B. Care Center, LLC d/b/a West Broward Care Center** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **US Bankruptcy Court Southern District** | Case Number:<br>**09-12957-JKO** | Date Filed:<br>**2/23/09** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

     _____<br>
     (Name of landlord that obtained judgment)

     _____<br>
     (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                       **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **W.B. Care Center, LLC d/b/a West Broward Care Center** |

Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney\***

X **/s/ Robert P. Charbonneau, Esq.** _____
Signature of Attorney for Debtor(s)

**Robert P. Charbonneau, Esq. 968234** _____
Printed Name of Attorney for Debtor(s)

**Ehrenstein Charbonneau Calderin** _____
Firm Name
**800 Brickell Avenue**
**Suite 902**
**Miami, FL 33131**

_____
Address

**305-722-2002  Fax: 305-722-2001** _____
Telephone Number

**August  5, 2009** _____
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Timothy P. Reardon** _____
Signature of Authorized Individual

**Timothy P. Reardon** _____
Printed Name of Authorized Individual

**Managing Member** _____
Title of Authorized Individual

**August  5, 2009** _____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **W.B. Care Center, LLC d/b/a West Broward Care Center**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Accelerated Care Plus (Acp)**<br>**4850 Joule St**<br>**Suite A1**<br>**Reno, NV 89502** | **Accelerated Care Plus (Acp)**<br>**4850 Joule St**<br>**Suite A1**<br>**Reno, NV 89502** | | | **6,657.05** |
| **Advanced Answers On Demand, Inc.**<br>**8100 N University Drive**<br>**Tamarac, FL 33321** | **Advanced Answers On Demand, Inc.**<br>**8100 N University Drive**<br>**Tamarac, FL 33321** | | | **30,000.00** |
| **AMC Medical Transportation**<br>**POB 2068**<br>**Miami, FL 33152** | **AMC Medical Transportation**<br>**POB 2068**<br>**Miami, FL 33152** | | | **7,153.00** |
| **Amsan/Intraline Brands, Inc**<br>**3031 N Andrews Ave Ext**<br>**Hollywood, FL 33084** | **Amsan/Intraline Brands, Inc**<br>**3031 N Andrews Ave Ext**<br>**Hollywood, FL 33084** | | | **10,952.34** |
| **AMX**<br>**8360 W. Flagler St**<br>**Suite 207**<br>**Miami, FL 33144** | **AMX**<br>**8360 W. Flagler St**<br>**Suite 207**<br>**Miami, FL 33144** | | | **12,882.93** |
| **Cheney Brothers, Inc**<br>**One Cheney Way**<br>**Riviera Beach, FL 33404-7000** | **Cheney Brothers, Inc**<br>**One Cheney Way**<br>**Riviera Beach, FL 33404-7000** | | | **52,193.47** |
| **Dade Paper**<br>**Po Box 523666**<br>**Miami**<br>**Miami, FL 33152** | **Dade Paper**<br>**Po Box 523666**<br>**Miami**<br>**Miami, FL 33152** | | | **8,821.22** |
| **Eccolab**<br>**8370 W Flagler St**<br>**Suite 216**<br>**Miami, FL 33144** | **Eccolab**<br>**8370 W Flagler St**<br>**Suite 216**<br>**Miami, FL 33144** | | | **6,792.03** |
| **Foster Medical Supply**<br>**3911 Sw 47 Ave**<br>**Ste 911**<br>**Davie, FL 33314** | **Foster Medical Supply**<br>**3911 Sw 47 Ave**<br>**Ste 911**<br>**Davie, FL 33314** | | | **11,512.32** |
| **FPL**<br>**General Mail Facility**<br>**Miami, FL 33188-0001** | **FPL**<br>**General Mail Facility**<br>**Miami, FL 33188-0001** | | | **31,983.50** |

B4 (Official Form 4) (12/07) - Cont.

In re   **W.B. Care Center, LLC d/b/a West Broward Care Center**       Case No. _____
                                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Gulf South**<br>**Po Box 841968**<br>**Dallas, TX 75284-1968** | **Gulf South**<br>**Po Box 841968**<br>**Dallas, TX 75284-1968** | | | **9,145.15** |
| **J.W. Mechanical Contractors Inc.**<br>**5829-31 Rodman Street**<br>**Hollywood, FL 33023** | **J.W. Mechanical Contractors Inc.**<br>**5829-31 Rodman Street**<br>**Hollywood, FL 33023** | | | **15,742.79** |
| **Medicom**<br>**1090 Coney Island Ave**<br>**Brooklyn, NY 11230** | **Medicom**<br>**1090 Coney Island Ave**<br>**Brooklyn, NY 11230** | | | **80,306.19** |
| **Medline Industries, Inc.**<br>**Dept 40221**<br>**Atlanta, GA 33192-0221** | **Medline Industries, Inc.**<br>**Dept 40221**<br>**Atlanta, GA 33192-0221** | | | **52,450.15** |
| **Omnicare Of South Florida**<br>**P.O.Box 715268**<br>**Columbus, OH 43271-5268** | **Omnicare Of South Florida**<br>**P.O.Box 715268**<br>**Columbus, OH 43271-5268** | | | **68,520.90** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August  5, 2009**               Signature    **/s/ Timothy P. Reardon**
                                                     **Timothy P. Reardon**
                                                     **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

127 W Fairbanks Avenue
Suite #213
Winter Park, FL 32789


A-Excellent Service Inc.
Pob 11214
Pompano Beach, FL 33061


A.R.E. Utility Construction, Inc.
2001 N.W. 33rd Court
Pompano Beach, FL 33064


Accelerated Care Plus (Acp)
4850 Joule St
Suite A1
Reno, NV 89502


Adelpo Llc
10800 Biscayne Blvd
Suite 600
Miami, FL 33161


Advanced Answers On Demand, Inc.
8100 N University Drive
Tamarac, FL 33321


Advantek Solutions
Regency Plaza, Suite 35
871 Baltimore Pike
Glen Mills, PA 19342


Agency For Health Care Administration
Long Term Care Unit
Bldg 3, Ms 33,   2727 Mahan Drive
Tallahassee, FL 32308


Agency For Health Care Administration
2727 Mahan Drive
Mail Stop #14
Tallahassee, FL 32308


AHCA
2727 Mahan Dr
Tallahassee, FL 32308

Airways
4200 Peters Road
Ft. Lauderdale, FL 33317


All Fire Services, Inc
2027 Sherman St
Hollywood, FL 33020


All Star Electric
12218 Sw 132 Ct
Miami, FL 33186


Allscripts
Po Box 60030
Charlotte, NC 28260-0030


AMC Medical Transportation
POB 2068
Miami, FL 33152


American Express
Po Box 36002
Ft Lauderdale, FL 33336


American Plumbing, Inc
4361 W. Sunrise Blvd
Plantation, FL 33313


Amerigas
2220 Sw 70th Ave
Davie, FL 33317-7108


Amsan/Intraline Brands, Inc
3031 N Andrews Ave Ext
Hollywood, FL 33084


AMX
8360 W. Flagler St
Suite 207
Miami, FL 33144


Ana Alvarado
10061 Nw 4th St #201
Pembroke Pines, FL 33024

```
At&T
P.O.Box 105503
Atlanta, GA 30348-5503


At&T Mobility
Po Box 6463
Carol Stream, IL 60197-6463


B Pila Design Studio, Inc.
2610 S.W. 28th Lane
Miami, FL 33133


Besam Entrance Solutions
P.O.Box 827375
Philadelphia, PA 19182-7375


Blue Cross Blue Shield
Overpayment Recovery Receipts
Dept At 40328
Atlanta, GA 31192


Blue Cross Blue Shield Of Florida
P.O.Box 2458
Jacksonville, FL 32231


Briggs
Po Box 1355
Des Moines, IA 50305-1355


Broward County Tax Collector
Governmental Center Annex
115 S. Andrews Ave
Fort Lauderdale, FL 33301


Bud's Carpet & Tile
4980 North State Road 7
Tamarac, FL 33319


Carl Stanley
7651 N.W. 20th Ct
Sunrise, FL 33322


Carlos Andreu
1933 University Drive
Coral Springs, FL 33071
```

Casey Evans
7102 N.W. 90th Terr
Tamarac, FL 33321


Celtic Communications
601 N. Congress Ave
Suite 112
Delray Beach, FL 33445


Centrad Healthcare, Inc
184 Shurman Blvd.
Suite 130
Naperville, IL 60563


Chair Care Plus, Inc.
2055 NW 32 ST
Pompano Beach, FL 33064


Cheney Brothers, Inc
One Cheney Way
Riviera Beach, FL 33404-7000


Christina Ferrer
1001 N.W. 90th Way
Plantation, FL 33324


Cit Technology Fin Serv, Inc
10201 Centurion Parkway North
Jacksonville, FL 32256


City Of Plantation
Alarms Record Clerk
Po Box 79656
Baltimore, MD 21279-0656


City Of Plantation
400 N.W. 73rd Avenue
Plantation, FL 33317


City Of Plantation Utilities Dept
400 Nw 73 Ave
Plantation, FL 33317-1609

```
Comcast
P.O.Box 530098
Atlanta, GA 30353-0098


Commercial Laundry Equipment Co
1114 53rd Court South
West Palm Beach, FL 33407


Cuthbert Phillips
701 Nw 210 Street
Miami, FL 33169


Dade Paper
Po Box 523666
Miami
Miami, FL 33152


Data Control Techonology, Inc
9 Church Street
Suite 202
Hornell, NY 14843


David B Goldberg Md., Pa
6010 A1a South
St Augustine, FL 32080


Dental Horizons, Inc
2598 Nw 37 Street
Boca Raton, FL 33434


Dinex
24242 Network Place
Chicago, IL 60673-1242


Docutek Imaging Solutions
1011 Sw 30th Ave
Deerfield Beach, FL 33442


Donnelly Engineering
8751 Commodity Circle
Suite 5
Orlando, FL 32819
```

Dsli Corporation
Po Box 558350
Miami, FL 33255-8350


Earl Haywood
17821 Nw 14th Place
Miami, FL 33169


Eccolab
8370 W Flagler St
Suite 216
Miami, FL 33144


Ecolab  019727020
Po Box 70343
Chicago, IL 60673-0343


Ecolab, Inc  01974939
Po Box 70343
Chicago, IL 60673


Ed S Transportation
4200 Nw 16th Street
Suite 401 C
Lauderhill, FL 33311


Edie Dicaro
D/B/A Edie Dicaro Entrepreneur, Inc.
9027 N.W. 61st Street
Tamarac, FL 33321


Enthalpy
Po Box 452242
Miami, FL 33245


Ernest Avellanet
16421 Fox Den Court
Miami Lakes, FL 33014


Everton Henry
129 S.E. 4th Avenue
Apt #1
Hallandale, FL 33009

Federal Background Services, Inc
Po Box 6703
Lake Worth, FL 33466


FJP Hotel Group
335 South Biscayne Blvd
#1007
Miami, FL 33131


Florida Bracing Centers, Inc.
500 S.E. 17th Street
Suite 301
Fort Lauderdale, FL 33316


Florida Heath Care Association
P.O. Box 1459
Tallahassee, FL 32302-1459


Florida Institute Of Health
D/A/A Ralph M Zagha Md
2951 N.W. 49th Ave., Ste 207
Lauderdale Lakes, FL 33313


Florida Medical Centter
P.O.Box 740944
Atlanta, GA 30374


Florida Rd Services, Inc.
12795 N.W.18th Manor
Pembrokes Pines, FL 33028


Floris P Dixon
6001 Shakerwood Circle 102 A
Tamarac, FL 33319


Foster Medical Supply
3911 Sw 47 Ave
Ste 911
Davie, FL 33314


FPL
General Mail Facility
Miami, FL 33188-0001

Fredrick Schenk
440 Phippen Waiters Road
Dania, FL 33004


Galloway Office Supplies & Furniture
10201 N.W. 21st Street
Miami, FL 33172


Gilda R Anderson
8009 Nw 83rd Street
Tamarac, FL 33321


Gino's Jewely & Trophy Mfrs
Po Box 221440
Cleveland, OH 44122-0999


Gladys Cesar
7489 Nw 3rd Court
Plantation, FL 33317


Grainger
Dept 874006372
Po Box 419267
Kansas City, MO 64141-6267


Gulf South
Po Box 841968
Dallas, TX 75284-1968


Hamlin & Burton Liability Management,Inc
111 W Magnolia Avenue
Suite 1000
Longwood, FL 32750


Hasler Mailing Systems And Solutions
Po Box 3808
Milford, CT 06460-8708


Helen Present
9080 Nw 14th St
Plantation, FL 33322


Heritage Service Group
Po Box 8710
Fort Wayne, IN 46898-8710

Home Depot
Acct # Ending 9161
2901 N University Drive
Sunrise, FL 33322


Home Media Center Of Miami
4342 Sheridan Ave
Loft 5
Miami Beach, FL 33140


Horticulture Therapy Consultants
1700 North Victoria Park Rd
Ft.Lauderdale, FL 33305


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
7850 SW 6 Court
Mail Stop 5730
Fort Lauderdale, FL 33324


Iron Mountain
Po Box 27128
New York, NY 10087-7128


IT Mgt LLC
6491 Sunset Strip
Unit 5
Miami, FL 33133


Ivans
P.O.Box 850001
Orlando, FL 32885-0033


J.W. Mechanical Contractors Inc.
5829-31 Rodman Street
Hollywood, FL 33023


Jerry Head
6301 S.W. 24th Street
Miramar, FL 33023

Joaquin Mendez, M.D.
600 N Hiatus Road
Suite 203
Pembroke Pines, FL 33026


Jobing.Com
6600 N Andrews Ave
Ste 500
Fort Lauderdale, FL 33309


Jordan Survey & Systems
1213 Rambling Vine Court
Trinity, FL 34655


Joseph Block Air Conditioning
16080 La Costa Drive
Weston, FL 33326


JTA Power, Inc
1835 E Hallandale Beach Blvd
Ste 470
Hallandale, FL 33009


KCI
Po Box 203086
Houston, TX 77216-3086


Keith Jackson
2224 N.E. 18th Avenue
Fort Lauderdale, FL 33305


Larry Stang
Po Box 531394
Miami Shores, FL 33153


Law Offices Of Shannon Harvey P.A.
1111 Lincoln Rd
Ste 400
Miami Beach, FL 33139


Lawn Logic
900 South State Rd 7
Plantation, FL 33317

Life Management Specialists, Inc
424 Nw 70th Ave
Suite 124
Plantation, FL 33317


Lincoln National Life Insurance
Po Box 0821
Carrol Stream, IL 60132-0821


Liquid O2 Transfills, Inc
7840 N.W. 53rd Street
Miami, FL 33166


Marie Felder
915 Nw 1st Ave Apt L 125
Miami, FL 33136


Marie M Boursiquot
5151 W Oakland Park Blvd
Lauderhill, FL 33313


Mark & Kambour Md,Pa
5000 University Dr
Miami, FL 33146


Matheson Tri-Gas Inc
216 S.W. 28th Street
Fort Lauderdale, FL 33315


Maun-Lemke Speaking & Consulting
8031 W Center Road
Omaha, NE 68124


Mcarthur Dairy
240 N.E. 71st Street
Miami, FL 33130-5520


McDonalds
1351 S. University Dr
Fort Lauderdale, FL 33324


Mdi Achieve, Inc.
P.O.Box 86
Minneapolis, MN 55486-2905

Medicom
1090 Coney Island Ave
Brooklyn, NY 11230


Medistat Pharmacy Svcs
1421 Massaro Blvd
Tampa, FL 33619


Medline Industries, Inc.
Dept 40221
Atlanta, GA 33192-0221


Mg Engineering, Inc.
299 Loraine Drive
Suite 2004
Altamonte Springs, FL 32714


Miami Beach Awning Company
D/B/A Miami Awning Compnay
3905 N.W. 31st Avenue
Miami, FL 33142


Michael Sindiong
117 Royal Park Drive Apt 3h
Oakland Park, FL 33309


Millenium Management
10800 Biscayne Boulevard
Suite 600
Miami, FL 33161


Mohammad Latif-Jangda Md
Po Box 848004
Pembroke Pines, FL 33084


National Datacare Corp
8391 Old Courthouse Rd
Ste 203
Vienna, VA 22182


National Rust And Water
1837 S Nevada Ave
#115
Colorado Springs, CO 80905

Nationwide Dme
10800 Biscayne Blvd
Suite 660
Miami, FL 33161


Neopost Inc
P.O.Box 45800
San Francisco, CA 94145-0800


New Ptrs, Llc
5725 Corporate Way
Suite 108
West Palm Beach, FL 33407


Nola Nisbett
19625 Nw 32nd Ct
Miami Gardens, FL 33056


North Broward Medical Center
201 E Sample Rd
Pompano Beach, FL 33064


Nursing Home Quality Llc
7600 East Arapahoe Road
Suite #308
Centennial, CO 80112


Nuvox
Po Box 58451
Charlotte, NC 28258-0451


Office of US Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130


Omnicare Of South Florida
P.O.Box 715268
Columbus, OH 43271-5268


Paetec
Revenue Assurance Credit Dept
One Martha Way
Hiawatha, IA 52233-2402

Petty Cash
7751 West Broward Blvd.
Plantation, FL 33324


Pilgrim Dust Control
D/B/A Pilgrim Mat Services
P.O.Box 1093
Tucker, GA 30085


Qis Management
2627 South Bayshore Drive
Suite 254
Miami, FL 33126


Quill
Po Box 37600
Philadelphia, PA 19101-0600


R & C Management, Inc
P.O. Box 50354
Lighthouse Pt., FL 33074


R.L.R. Supplies
3871 Poplar Ave
Brooklyn, NY 11224


Randolph Raymond
14321 75th Lane North
Loxahatchee, FL 33470


Rapid Rooter
25 Ne 5th St
Pompano Beach, FL 33060


Reingruber & Company, P.A.
100 Second Avenue South
St. Petersburg, FL 33701


Reliable Locksmith
1200 Ne 171 Terrace
N. Miami Beach, FL 33162


Residence Inn Plantation
130 N University Drive
Plantation, FL 33324

Resource Services
4009 S.W. 30th Avenue
Fort Lauderdale, FL 33312


Richard Burton
4921 SW 94 Ave
Fort Lauderdale, FL 33328


Rocheel Schaffer Rice
19 N.E. 3rd Street
Dania Beach, FL 33004


Roman Welch
3111 N.W. 5th Street
Ft. Lauderdale, FL 33311


Ron Dagan
Po Box 81-6811
Hollywood, FL 33081-6811


Roth Staffing Companies, L.P.
Ultimate Staffing Services
File 50988
Los Angeles, CA 90074-0988


S&S Worldwide
Po Box 210
Hartford, CT 06141-0210


Sammons Preston
Po Box 93040
Chicago, IL 60673-3040


Santiano Brothers, Inc
10739 Sw 104th St
Miami, FL 33176


SBS Integration
930 Washington Avenue
Suite 208
Miami Beach, FL 33139


Security Identification Systems Corporat
3595 Fiscal Court
West Palm Beach, FL 33404

Sentry Security, Inc
10001 Nw 50th St
Suite 111
Sunrise, FL 33351


Sherwin-Williams
3451 N University Dr
Sunrise, FL 33351-6754


Shoes For Crew, Llc
P.O.Box 504634
St Louis, MO 63150-4634


Sno White Floor Mat Systems
Po Box 221630
Hollywood, FL 33022-1630


Stanley
Senior Technologies
Dept Ch 10504
Palatine, IL 60055-0504


Stericycle
Po Box 9001590
Louisville, KY 40290-1590


Sun Sentinel
Po Box 100606
Atlanta, GA 30384-0606


Sun Sentinel
P.O.Box 4648
Chicago, IL 60680-4648


Sunset Foods
6894 Nw 32 Ave
Miami, FL 33147


Surgical Pathology Lab
P.O.Box 1787
Pinellas Park, FL 33780


Swallowing Diagnostics, Inc
11085 Nw 15 St
Coral Springs, FL 33071

Sysco Southeast Florida, Inc.
1999 Martin Luther King Blvd.
Riviera Beach, FL 33404


Taw Power Systems
2059 Blount Rd
Pompano Beach, FL 33069


Telecom South, Inc
858 South Andrews Ave
Pompano Beach, FL 33069


Tenet Florida Physician Services
P.O.Box 100198
Atlanta, GA 30384


Thyme To Feast
128 Sw 2nd Ave
Dania Beach, FL 33004


Ti Contractor, Llc
111 N.E First Street
3rd Floor
Miami, FL 33132


Total Orthopaedic Care
4850 W Oakland Park Blvd
Suite 201
Lauderdale Lakes, FL 33313


Towels By The Pound
880 North Federal Highway
Pompano Beach, FL 33062


Tuscan Cafe
10581 NW 11 Ct
Fort Lauderdale, FL 33322


U.S. Health Works
P.O . Box 404473
Atlanta, GA 30384

U.S.Postal Service
Attn: Team 1-Tms
Bank Lock Box 0217 - 1615 Brett Road
New Castle, DE 19720


Ups
Po Box 7247-0244
Philadelphia, PA 19170-0001


US Department of Treasury
51 SW First Ave
RM#1114
Miami, FL 33130-1623


US Dept of Labor Occ Safety & Health Adm
OSHA Region 4
61 Forsyth St SW
Atlanta, GA 30303


Verizon Wireless
POB 660108
Dallas, TX 75266


Virginia Medical Repair, Inc.
7527 Whitepine Road
Richmond, VA 23237


Virginia Smith
3300 N State Road 7
Apt B109
Hollywood, FL 33021


Vision Service Plan
File #73077
P.O.Box 60000
San Francisco, CA 94160-3077


Vista Healthplans
Po Box 30741
Tampa, FL 33630-3741


Wall Street Computers Corp
DBA Plaster Castle
4607 N University Dr
Fort Lauderdale, FL 33351

Waste Management
3831 Nw 21 St Ave
Pompano Beach, FL 33073-3002


Winston George Mcbean
2224 Mayo Street
Hollywood, FL 33020


Wood Business Systems
5350 N.W. 36th Terr
Fort Lauderdale, FL 33309


Yolette Jean
16882 N.E. 18th Avenue
Miami, FL 33162


Yvonne Visa Card
7751 N Broward Blvd
Plantation, FL 33324