

**ORDERED in the Southern District of Florida on December 19, 2012.**

John K. Olson, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division**
www.flsb.uscourts.gov

In re:

    W.B. Care Center, LLC.

                Debtor(s).
_____/

Case No.: 09-26196 -BKC-JKO

Chapter:     7

Timothy Patrick Reardon,

                Plaintiff(s),

-v-

    Kenneth A Welt, Chapter 7 trustee
    for the Estate of W.B. Care Center LLC
    d/b/a West Broward Care Center

                Defendant(s).
_____/

Adversary Proceeding No. 12-02072-JKO

**Order Granting Plaintiff's Motion for Permission under the "Barton Doctrine"
to add as a Defendant, Marumrachlin, a Division of Marcum LLP [ECF No. 6]**

On November 6th, 2012 Plaintiff Timothy Patrick Reardon ("Plaintiff") filed a Motion (ECF

No. 6)  requesting permission pursuant to the "Barton Doctrine" to add Marumrachlin, a Division

of Marcum LLP, as a defendant in the case of Timothy Patrick Reardon v. W.B. Care Center, LLC d/b/a West Broward Care Center, et al. to case #12-20829-CIV-O'Sullivan. Based on the record established at the hearing conducted on December 12, 2012 at 10:30 AM, it is accordingly **ORDERED** that the Plaintiff's Motion is **GRANTED** in so far as to allow Plaintiff to add Marumrachlin, a Division of Marcum LLP as a defendant.

# # #

*The Clerk is directed to provide notice of this order to all registered interested parties.*