

**ORDERED in the Southern District of Florida on March 12, 2013.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**In re:**

**WB Care Center, LLC, d/b/a
West Broward Care Center
AND**

    Debtor.
_____/

Case No. 09-26196-BKC-JKO

Chapter 7

**Timothy Patrick Reardon**

    Plaintiff.
vs.

**Kenneth A. Welt, Chapter 7 Trustee for
the estate of WB Care Center, LLC,
d/b/a West Broward Care Center**

    Defendant.
_____/

Adv. Proc. No. 12-02072-JKO

**<u>ORDER GRANTING PLAINTIFF'S MOTION TO
REOPEN ADVERSARY PROCEEDING [ECF No. 37]</u>**

-1-

Defendant Kenneth A. Welt (the "Defendant") filed a Motion to Dismiss Adversary Proceeding (the "Motion to Dismiss") at ECF No. 20 on December 12, 2013. A hearing on the Motion to Dismiss was conducted on December 18, 2012 at 10:30 AM. On the record at the hearing, the Court held that the Defendant's Motion to Dismiss is granted. In addition, the Court held that Plaintiff Timothy Patrick Reardon ("Plaintiff") would be allowed to file a single amended complaint before the case was to be administratively closed. Due to clerical error, the submitted Order Granting the Defendant's Motion to Dismiss Adversary Complaint at ECF No. 32 (the "Order Dismissing Complaint") failed to include an exact date that the Plaintiff was required to file an amended complaint by. The Order Dismissing Complaint was entered on January 2, 2013. Due in part to the omission, the adversary proceeding was administratively closed and the Complaint was dismissed on January 31, 2013 at ECF No. 36, before the Plaintiff filed an amended complaint. On February 15, 2013 the plaintiff filed a Motion to Reopen Adversary Proceeding (the "Motion to Reopen") at ECF No. 37 seeking relief to file an amended complaint.

The Federal Rules of Civil Procedure provide for the reformation of judgements and orders to correct mistakes as well as errors resulting from oversights and omissions. This allows a Court to modify judgements in order to ensure that the record actually reflects the intentions of the Court. *See Matter of West Texas Marketing Corp.*, 12 F.3d 497 (5th Cir. 1994); *Goodman v. Lee*, 988 F.2d 619 (5th Cir. 1993). The Court holds that Fed. R. Civ. P. 60(a) "Relief from a Judgement of Order" made applicable under Fed. R. Bank. P. 9024, applies to the Motion to Reopen. Pursuant to Fed. R. Civ. P. 60(a), a Court "may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice". Fed. R. Civ. P. 60(a) grants relief not only from clerical mistakes but from errors arising from oversight or omission and permits correction to be

-2-

made on motion of any party. *First Nat'l Bank in Greenwich v. Nat'l Airlines, Inc.*, 167 F. Supp. 167 (S.D.N.Y. 1958). The Motion to Reopen was filed just over two weeks after the Order Dismissing Complaint was entered, which is a reasonable period of time in accordance with Fed. R. Civ. P. 60(c)(1).

Due to the mistaken omission of a set date to file an amended complaint by in the Motion to Reopen, the Order Dismissing Complaint did not fully reflect the intentions of the Court from the December 18, 2012 hearing. Accordingly, the Court holds that Fed. R. Civ. P. 60(a) applies and finds good cause to grant the Plaintiff's Motion to Reopen. Wherefore it is ORDERED that;

>   1) The Plaintiff's Motion to Reopen at ECF No. 37 is GRANTED.
>
>   2) The Plaintiff has 21 days from the date of this Order to file a single amended complaint in adversary proceeding number 12-02072. No further extensions of time or additional amended complaints will be granted.
>
>   3) The Bankruptcy Clerk of Court is to reopen adversary proceeding number 12-02072 and waive any fees associated with refiling or reopening of this proceeding.
>
>   4) If the Plaintiff fails to file an amended complaint within 21 days of the date of the entry of this order, the Bankruptcy Clerk of Court is ordered to administratively re-close this adversary proceeding.

###

Copies to all interested parties.