B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **W.B. Care Center, LLC**                             ,      Case No. __**09-26196**__
                                         Debtor      Chapter _____ **11** _____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 37 | 3,771,504.53 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,506,565.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 197,437.64 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 41 | | 1,679,985.07 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 85 | | | |
| Total Assets | | | 3,771,504.53 | | |
| Total Liabilities | | | | 4,383,987.71 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **W.B. Care Center, LLC**                        Case No. **09-26196**

                                   Debtor

Chapter                **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | |
| 4. Total from Schedule F | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07)

In re  **W.B. Care Center, LLC**                                    Case No. ____**09-26196**_____

                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6.  Wearing apparel. | | | | |
| 7.  Furs and jewelry. | | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |

Sub-Total >                    **0.00**
(Total of this page)

__**2**__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **W.B. Care Center, LLC**                                          Case No. ____**09-26196**_____
_____,
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston  IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **W.B. Care Center, LLC**                                                                ,    Case No. ____**09-26196**_____
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Domain Name: www.westbrowardcarecenter.com** | - | 1,000,000.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

|  | Sub-Total >  | 1,000,000.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 1,000,000.00 |

Sheet __**2**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **W.B. Care Center, LLC**                                          Case No. ____**09-26196**_____

_____
                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Millennium Management**<br>**10800 Biscayne Blvd, Suite 600**<br>**Miami, FL 33161** | **Settlement Agreement from Debtor's first bankruptcy (Case No 09-12957-JKO) with Millennium Management; Institutional Leasing 1, LLC; and Abraham Shaulson** |
| **QIS Management**<br>**2627 S Bayshore Dr**<br>**Suite 25**<br>**Miami, FL 33133** | **Management Agreement** |
| **SEIU Florida Healthcare Union**<br>**1525 NW 167 Street**<br>**Suite 300**<br>**Miami, FL 33169** | **Collective Bargaining Agreement** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **W.B. Care Center, LLC**                                                                    Case No.   **09-26196**

_____

                                            Debtor(s)                                          Chapter   **11**

## STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

_"In business."_ A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

_"Insider."_ The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,483,511.46** | **Gross income June 30, 2008 - December 31, 2008 (Information provided by Millenium Management)** |
| **$7,513,488.83** | **Gross income January 1, 2009 to July 31, 2009 (Millenium provided financials for the month of January 2009)** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Exhibit "A"** | | **$566,665.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Composite Exhibit "B"** | | **$0.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Institutional Leasing 1, LLC v. W.B. Care Center, LLC d/b/a West Broward Care Center, et. al. Case No.: 09-41087-CA-14** | **Eviction** | **17th Circuit Court, Broward County, Florida** | **Pending** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Denise Valburn, Marie Abrams and Carmela Clement-Wright v. W.B. Care Center, LLC d/b/a West Broward Care Center, and Timothy Reardon; Case No.: 09-CV-61181-Ungaro-Simonton** | **Collective Action** | **US District Court Southern District of Florida** | **Pending** |
| **Institutional Leasing 1 LLC vs. Wb Care Center LLC, et al ; Case No.: CACE09009258** | **Contract Indebtedness** | **17th Circuit Court Broward County, Florida** | **Disposed** |
| **Charite Jean Pierre Plaintiff vs. W B Care Center LLC Defendant; Case No.: CACE09033938** | **Negligence Action** | **17th Circuit Court Broward County, Florida** | **Pending** |
| **W.B. Care Center, LLC; Case No: 09-12957-JKO filed 2/23/09** | **Bankruptcy Chapter 11** | **US Bankruptcy Court Southern District of Florida** | **Dismissed** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ehrenstein Charbonneau Calderin**<br>**800 Brickell Avenue**<br>**Suite 902**<br>**Miami, FL 33131** | **8/4/09** | **$53,000.00 including filing fee.** |
| **Thomas L. Abrams, Esq.**<br>**1776 N. Pine Island Road**<br>**Plantation, FL** | **2/19/09** | **$40,000.00** |

### 10. Other transfers

None
■
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Marta Mata**<br>**10800 Biscayne Blvd**<br>**Ste 600**<br>**Miami, FL** | **6/30/2008 - 3/2009** |
| **Annie Maresca**<br>**10800 Biscayne Blvd**<br>**Suite 600**<br>**Miami, FL** | **6/20/2008 - 8/2009** |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Moore Stephens Lovelace, P.A.** | **14400 NW 77 Court**<br>**Ste 306**<br>**Miami, FL 33161** | **2008 - Present** |

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Moore Stephens Lovelace, P.A.** | **14400 NW 77 Court**<br>**Ste 306**<br>**Miami, FL 33161** |

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS      DATE ISSUED

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **8/31/09** | **Lynn Granata** | **$906,958.95** |
| **6/1/2008** | **Institutional Leasing 1, LLC** | **Unknown** |

8

None   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **8/31/09** | **Timothy Reardon**<br>**c/o W.B. Care Center**<br>**7751 W Broward Blvd**<br>**Fort Lauderdale, FL 33324** |
| **6/1/2008** | **Insitutional Leasing 1, LLC**<br>**10800 Biscayne Blvd**<br>**Suite 600**<br>**Miami, FL 33161** |

### 21 . Current Partners, Officers, Directors and Shareholders

None   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Timothy Reardon**<br>**c/o W.B. Care Center**<br>**7751 W Broward Blvd**<br>**Fort Lauderdale, FL 33324** | **President/Managing Member** | **100% ownership** |

### 22 . Former partners, officers, directors and shareholders

None   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■     immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
      commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
■     group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
      of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an
■       employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct to the best of my knowledge, information and belief.

Date  **October 15, 2009**                    Signature    **/s/ Timothy P. Reardon**
                                                            **Timothy P. Reardon**
                                                            **Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# Exhibit "A"

Payment to creditor No 3B - 9_9_09

| Check Date | Vendor Name | Amount paid |
|---|---|---|
| 5/8/2009 | BUDS CARPET | $ 10,000 00 |
| 5/12/2009 | AHCA | $29,258.10 |
| 5/13/2009 | SUNSET FOODS | $6,085.26 |
| 5/13/2009 | WASTE MANAGEMENT | $7,252.71 |
| 5/13/2009 | FPL | $7,920.11 |
| 5/13/2009 | AMERIGAS | $7,225.89 |
| 5/15/2009 | STANELY | $10,874.66 |
| 5/19/2009 | MIAMI AWNING | $15,000.00 |
| 5/20/2009 | HOME MEDIA | $12,041.00 |
| 5/20/2009 | BUDS CARPET | $10,000.00 |
| 5/28/2009 | HATHAWAY RESOURCES, INC | $17,345.82 |
| 6/1/2009 | HOME MEDIA | $6,696.20 |
| 6/17/2009 | T1 CONTRACTOR | $10,000.00 |
| 6/17/2009 | T1 CONTRACTOR | $10,000.00 |
| 6/8/2009 | CHENEY BROTHERS | $10,805.25 |
| 6/11/2009 | MEDICOM | $52,706.71 |
| 6/9/2009 | ALL FLORIDA KITCHEN & BATH | $10,400.00 |
| 6/12/2009 | BUDS CARPET | $28,121.60 |
| 6/11/2009 | FPL | $8,867.92 |
| 6/11/2009 | OMNICARE OF SOUTH FL. | $24,258.68 |
| 6/11/2009 | VISTA HEALTHPLAN | $27,018.43 |
| 6/16/2009 | CHENEY BROTHERS | $9,268.69 |
| 6/18/2009 | ADVANCED ANS ON DEMAND | $11,854.00 |
| 6/19/2009 | SYSCO | $13,893.87 |
| 7/9/2009 | BLUE CROSS BLUE SHIELD | $15,991.61 |
| 7/14/2009 | SUNSET FOODS | 7342..58 |
| 7/15/2009 | JORDAN SURVEY & SYSTEMS | $6,285.70 |
| 7/21/2009 | RESIDENCE INN | $6,220.73 |
| 7/27/2009 | MIAMI AWNING | $51,000.00 |
| 7/3/2009 | CHENEY BROTHERS | $10,000.00 |
| 7/7/2009 | ALL FLORIDA KITCHEN & BATH | $7,000.00 |
| 7/8/2009 | VISTA HEALTHPLAN | $32,545.63 |
| 7/16/2009 | HOME MEDIA | $30,000.00 |
| 7/6/2009 | HOME MEDIA | $10,000.00 |
| 7/24/2009 | OXFORD COVERAGE | $19,761.00 |
| 7/20/2009 | CHENEY BROTHERS | $15,734.58 |
| 7/7/2009 | MAUN LEMKE SPEAKING CONSULTING | $15,231.50 |
| | TOTAL | $566,665.65 |



# COMPOSITE

# Exhibit "B"

# PAYMENTS TO LYNN GRANATA

## Paid Items

| Check No | Check Date | Invoice Date | Invoice Number | Description | Check Amount |
|----------|-----------|--------------|----------------|-------------|--------------|
| 125183 | 07/10/2009 | 01/30/2009 | 0115-1/28 | OFFICE/BANK FEE/MARKETING/ACT | 336.97 ? |
| 125183 | 07/10/2009 | 02/28/2009 | 02/05-2/26 | MARKETING/OFFICE SUPPLY/NURS | 2,399.17 ? |
| 125183 | 07/10/2009 | 07/30/2009 | 03/2-3/30 | MARKETING/OFFICE SUPP/CNA AP | 1,646.42 ? |
| 125183 | 07/10/2009 | 03/23/2009 | 03/05-3/23 | MARKETING | 337.63 ? |
| 125183 | 07/10/2009 | 04/30/2009 | 04/01-4/30 | MARKETING/OFFICE SUPP/TRAVEL | 4,505.92 ? |
| 125183 | 07/10/2009 | 04/30/2009 | 04/06-4/30 | MARKETING/NURSE APPRECIATION | 626.11 ? |
| 125183 | 07/10/2009 | 06/23/2009 | 6/1-6/22 | MARKETING/CNA WK/OFFICE SUPP | 2,940.22 ? |
| 125183 | 07/10/2009 | 06/08/2009 | 06/01-06/08 | MARKETING/OFFICE SUPP | 443.45 ? |
| 125183 | 07/10/2009 | 05/30/2009 | 05/01-05/29 | MARKETING/CNA WK/OFFICE SUPP | 2,926.49 ? |
| 125183 | 07/10/2009 | 05/29/2009 | 05/26-5/29 | MARKETING | 160.66 ? |
| 1328 | 06/12/2009 | 06/11/2009 | HOTEL/MEAL | HOTEL 6/10-6/11/DR CORDOVAS | 3,386.27 ? |
| 1203 | 07/22/2009 | 06/25/2009 | HARD ROCK CAFE | PT ACTIVITY TRI/MEAL | 580.00 ? |
| 583 | 07/02/2009 | 07/02/2009 | PPE 06/20/09 | PAYROLL PPE 06/20/09 | ████ ? |
| Total | | | | | |

**TOTAL $20,289.31**



# PAYMENTS TO TIMOTHY REARDON

## Paid Items

| Check No | Check Date | Invoice Date | Invoice Number | Description | Check Amount |
|----------|-----------|--------------|----------------|-------------|--------------|
| 3089 | 05/17/2009 | 05/29/2009 | 03/09-05/29/09 | MARKETING | 4,151.71 |
| 3089 | 05/17/2009 | 04/09/2009 | 02/10-4/09/09 | OFFICE SUPPLIES/MAINT/MARKETI | 3,249.36 |
| 3089 | 05/17/2009 | 05/11/2009 | 5/1-05/11/09 | MARKETING/CARPET CLEANING/PT | 5,356.66 |
| 1286 | 05/18/2009 | 02/27/2009 | 2/10-2/27/09 | MARKETING | 401.64 |
| 1286 | 05/18/2009 | 03/31/2009 | 03/3-3/3/009 | WALL SCONE/LEATHER CASE | 5,211.25 |
| 1286 | 05/18/2009 | 01/25/2009 | 1/12-1/25/09 | CAMERA DIGITAL/IPHONE | 474.99 |
| 1286 | 05/18/2009 | 04/29/2009 | 4/2-4/29/09 | LIGHT SEMI FLUSH/DUST MASK | 4,333.36 |
| 1286 | 05/18/2009 | 05/15/2009 | 5/1-5/15/09 | CYBERSHOT/MARKETING | 5,250.89 |
| 1215 | 05/13/2009 | 02/28/2009 | 02/06-02/26/09 | MARKETING/MAINT | 721.60 |
| 1215 | 05/13/2009 | 03/31/2009 | 03/02-03/31/09 | MARKETING/MAINT | 2,412.76 |
| 1215 | 05/13/2009 | 04/30/2009 | 04/01/04/30/09 | MARKETING/ADM | 733.53 |
| 1215 | 05/13/2009 | 02/12/2009 | 2/10-2/12/2009 | MAINT SUPPLIES | 1,086.64 |
| 1215 | 05/13/2009 | 03/12/2009 | 031209 | MAINT SUPPLIES | 1,364.77 |
| 1214 | 05/13/2009 | 04/30/2009 | VOID CHECK | | 3,867.89 |
| 1214 | 05/13/2009 | 04/30/2009 | VOID CHECK | | 3,867.89 |
| **Total** | | | | | 34,749.16 |



# PAYMENTS TO QIS MANAGEMENT

## Paid Items

| Check No | Check Date | Invoice Date | Invoice Number | Description | Check Amount |
|---|---|---|---|---|---|
| 1171 | 07/16/2009 | 07/01/2009 | JULY 09 | MANAGEMENT FEE JUL 09 | 20,000.00 |
| Total | | | | | 20,000.00 |



| Transfers from Tim Reardon and QIS Management to WB Care Center | | |
|---|---|---|
| **Payment Date** | **Tim Reardon** | **QIS Management, LLC** |
| | | |
| | 7751 W Broward Blvd. | 1200 Holiday Dr. Ft. Lauderdale |
| | Planation Fl. 33324 | FL 33316 |
| 12/1/2008 | $50,000.00 | |
| 12/8/2008 | $50,000.00 | |
| 12/15/2008 | | $10,000.00 |
| 12/15/2008 | $42,500.00 | |
| 12/22/2008 | $10,000.00 | |
| | | |
| 2/10/2009 | | $11,398.72 |
| 2/13/2009 | | $35,000.00 |
| 2/17/2009 | | $178,365.00 |
| | | |
| 3/9/2009 | $5,001.00 | |
| 3/9/2009 | $5,000.00 | |
| 3/9/2009 | $5,001.00 | |
| 3/9/2009 | $5,000.00 | |
| 3/11/2009 | $10,000.00 | |
| 3/11/2009 | $10,000.00 | |
| 3/13/2009 | $10,000.00 | |
| 3/13/2009 | $10,000.00 | |
| | | |
| 4/9/2009 | | $20,000.00 |
| 4/14/2009 | $60,000.00 | |
| | | |
| 5/4/2009 | $10,000.00 | |
| 5/4/2009 | | $20,000.00 |
| | | |
| 6/2/2009 | | $20,000.00 |
| 6/12/2009 | | $17,000.00 |
| 6/15/2009 | $20,000.00 | |
| 6/26/2009 | $24,000.00 | |
| 6/29/2009 | $23,562.00 | |
| | | |
| 7/2/2009 | | $20,000.00 |
| 7/20/2009 | | $19,600.00 |
| | | |
| 8/3/2009 | | $19,600.00 |
| 8/17/2009 | | $5,000.00 |
| | | |
| **TOTAL** | **$350,064.00** | **$375,963.72** |



| Regions Bank  Account Number XXXXXX9445 | | |
|---|---|---|
| **Payment Date** | **Transfers made by Abraham Shaulson out of WB Bank Acct XXXXXX9445**<br>**7751 W Broward Blvd.**<br>**Planation Fl. 33324** | **Amount** |
| 8/4/08 | Regions Bank Transfer | $100,000.00 |
| 8/7/08 | Regions Bank Transfer | $220,525.57 |
| 8/21/08 | Regions Bank Transfer | $213,222.96 |
| | | |
| 9/2/08 | Regions Bank Acct Transfer | $100,000.00 |
| 9/4/08 | Regions Bank Acct Transfer | $207,990.39 |
| 9/15/08 | Regions Bank Acct Transfer | $272,000.00 |
| 9/15/08 | Regions Bank Acct Transfer | $5,475.98 |
| 9/18/08 | Regions Bank Acct Transfer | $221,825.52 |
| | | |
| 10/1/08 | Regions Bank Acct Transfer | $208,039.26 |
| 10/1/08 | Regions Bank Acct Transfer | $100,000.00 |
| 10/16/08 | Regions Bank Acct Transfer | $205,037.87 |
| 10/30/08 | Regions Bank Acct Transfer | $215,538.02 |
| | | |
| 11/3/08 | Regions Bank Acct Transfer | $100,000.00 |
| 11/14/08 | Regions Bank Acct Transfer | $207,192.91 |
| 11/25/08 | Regions Bank Acct Transfer | $223,167.18 |
| | | |
| 12/1/08 | Regions Bank Acct Transfer | $125,000.00 |
| 12/1/08 | Regions Bank Acct Transfer | $100,000.00 |
| 12/11/08 | Regions Bank Acct Transfer | $236,966.43 |
| 12/12/08 | Regions Bank Acct Transfer | $240,000.00 |
| 12/16/08 | Regions Bank Acct Transfer | $196,999.33 |
| 12/23/08 | Regions Bank Acct Transfer | $217,178.85 |
| 12/29/08 | Regions Bank Acct Transfer | $150,000.00 |
| | | |
| 2/2/09 | Regions Bank Acct Transfer | $75,000.00 |
| 2/5/09 | Regions Bank Acct Transfer | $230,580.52 |
| | | |
| 7/9/09 | Regions Bank Acct Transfer | $50,000.00 |
| | | |
| | **TOTAL** | **$4,221,740.79** |



| Monies loaned to W.B. Care Center from Shaulson and Brown | | |
| Payment Date | Abraham Shaulson | Fate Brown |
|---|---|---|
| 6/22/2009 | | $50,000.00 |
| 8/22/2008 | $600,000.00 | |
| 9/15/2008 | $272,000.00 | |
| 12/16/2008 | $196,999.00 | |
| 7/8/2009 | $50,000.00 | |
| 5/11/2009 | $65,000.00 | |
| Total | $1,183,999.00 | $50,000.00 |