

ORDERED in the Southern District of Florida on November 30, 2009.

_____
John K. Olson, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Chapter 11 |
| W.B. CARE CENTER LLC | Case No. 09-26196-RBR |
| d/b/a WEST BROWARD CARE CENTER | |
| _____Debtor._____/ | |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY EHRENSTEIN CHARBONNEAU CALDERIN AS COUNSEL FOR THE DEBTOR IN POSSESSION [D.E. #124]**

THIS MATTER came before the Court on Thursday, November 19, 2009 at 1:30 p.m. (the "Hearing") upon the *First Interim Application for Compensation and Reimbursement of Expenses by Ehrenstein Charbonneau Calderin as Counsel for W.B. Care Center, LLC* [D.E. #124] (the "Fee Application"), wherein Ehrenstein Charbonneau Calderin ("ECC") sought compensation of fees in the amount of $99,364.00, and reimbursement of costs in the amount of $5,884.25 for the period of August 5, 2009 through and including October 5, 2009. The Court, having considered the Fee Application, as well as the representations at the Hearing, and the Court,

having taken into consideration 11 U.S.C. §§ 328, 330 and 331 and each of the factors that govern reasonableness as set forth in the requirements of F.R.B.P. 2016, and in light of the principles stated in *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983); *Blum v. Stenson*, 465 U.S. 886, 897 (1984); *Pennsylvania v. Delaware valley Citizens' Council for Clean Air*, 478 U.S. 546 (1986); and *Norman v. Housing Authority of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988), having heard the argument of counsel, it is

**ORDERED** as follows:

1. The First Interim Fee Application of ECC as Counsel for the Debtor in Possession, W.B. Care Center, LLC, is GRANTED as set forth below.

2. ECC is awarded compensation in the amount of **$79,491.20** (representing 80% of the fees requested) and reimbursement of costs in the amount of **$5,884.25** (representing 100% of expenses).

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

3. In making the foregoing awards, the Court has evaluated the factors set forth in *Matter of First Colonial Corp.*, 544 F.2d 1291 (5${}^{th}$ Cir. 1977); and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5${}^{th}$ Cir. 1974), and finds that the amounts awarded herein represent reasonable compensation for actual and necessary services rendered and expenses incurred by ECC. The award of fees herein is without prejudice to ECC seeking an award of fees sought but held back under this Order.

# # #

Respectfully submitted by:
Robert P. Charbonneau, Esquire
Florida Bar No.: 968234
rpc@ecclegal.com
Ehrenstein Charbonneau Calderin
Attorneys for the Debtor
800 Brickell Avenue, Suite 902
Miami, Florida  33131
T. 305.722.2002       F. 305.722.2001

Copy to: Attorney Charbonneau, who is directed to serve a conforming copy upon all interested parties.