

**ORDERED in the Southern District of Florida on December 30, 2009.**

_____
John K. Olson, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| **In Re:** | **Chapter 11** |
| **W.B. CARE CENTER LLC** | **Case No. 09-26196-JKO** |
| **d/b/a WEST BROWARD CARE CENTER** | |
| __Debtor.__            / | |

**ORDER GRANTING DEBTORS' MOTION TO FIX BAR DATE AND SETTING JANUARY 29, 2010 AS THE DEADLINE FOR FILING APPLICATIONS SEEKING <u>ADMINISTRATIVE EXPENSES</u>**

**THIS MATTER** came before the Court without hearing, upon **W.B. CARE CENTER LLC d/b/a WEST BROWARD CARE CENTER'S,** (the "<u>Debtor</u>"), Motion pursuant to 11 U.S.C. §§ 105(a), 105, 502, and 503 of the United States Code (the "<u>Bankruptcy Code</u>") and Rules 3003(c)(3) and 2002(a)(8) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") for the entry of an order (i) fixing the time within which applications seeking administrative expense status must be filed against the Debtor in this case (the "<u>Administrative Expense Bar Date</u>"); and (ii) designating the form and manner in which notice of the Administrative Expense Bar Date shall be given (the "<u>Motion</u>"). The Debtor

previewed the Motion with the Court at a hearing conducted on Wednesday, December 30, 2009. The Court having noted that service of the Motion was made upon the creditor matrix, current and certain former employees as well as a number of governmental agencies, and the Court finding good cause to grant the Motion without a hearing **ORDERS** as follows:

1. The Motion is **GRANTED**.

2. The last date by which applications for Administrative Expenses must be filed by parties seeking to assert an Administrative Expense status shall be **by 4:30 p.m. E.S.T. January 29, 2010** (the "Administrative Claims Bar Date").

3. The form of Notice attached hereto as **Exhibit "A"** is **APPROVED** as the form of the notice of the Administrative Expense Bar Date.

4. The Debtor is authorized and directed to serve the Notice upon all creditors, parties in interest, and all current employees of the Debtor, as well as former employees of the Debtor that were terminated after August 5, 2009, within three (3) days of the entry of this Order on the Court's docket.

5. **The Administrative Claims Bar Date shall not reopen the claims bar date previously established for the filing of prepetition claims, but shall apply only to claims occurring after the Bankruptcy Petition Date, excluding applications for approval of professional fees and expenses pursuant to sections 327, 328, or 330 of the Bankruptcy Code or obligations owed to the Office of the United States Trustee.**

# # #

**Submitted By:**
Robert P. Charbonneau, Esq.
**Counsel for the Debtors-in-Possession**
Ehrenstein Charbonneau Calderin
501 Brickell Key Drive, Suite 300
Miami, FL  33131
T. 305.722.2002        F. 305.722.2001

Copy to:  Attorney Charbonneau, who is directed to serve a conformed copy upon all Interested Parties.

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In Re:                                                                                   Chapter 11

W.B. CARE CENTER LLC                                                  Case No. 09-26196-JKO
d/b/a WEST BROWARD CARE CENTER

_____Debtor._____/

**NOTICE OF BAR DATE FOR FILING APPLICATIONS FOR ADMINISTRATIVE EXPENSE CLAIMS**

**NOTICE IS GIVEN THAT** on December 30, 2009, the United States Bankruptcy Court for the Southern District of Florida (the "Court") entered an *Order Granting Debtor's Motion to Fix Bar Date for Filing Applications seeking Administrative Expenses and to Designate Form and Manner of Notice of Bar Date* (D.E. ____) fixing **4:30 p.m. E.S.T. on January 29, 2010** as the deadline for asserting Administrative Expense Claims against W.B. CARE CENTER LLC d/b/a WEST BROWARD CARE CENTER (the "Debtor").  Any party who intends to assert an Administrative Expense Claim against the Debtor must file an application with the Court seeking the allowance of said Administrative Expense Claim on or before the above-mentioned date at the following address:

Office of the Clerk, U.S. Bankruptcy Court
51 S.W. 1st Avenue, Room 1517
Miami, FL 33130

A copy of the Application must also be served upon:

Ehrenstein Charbonneau Calderin
Attn:  Robert P. Charbonneau, Esq.
501 Brickell Key Drive, Suite 300
Miami, FL 33131

**NOTICE IS FURTHER GIVEN THAT** failure to assert an Administrative Expense Claim as set forth in this Notice shall preclude and bar any such claimant from asserting an Administrative Expense Claim after the Bar Date set forth herein.

**Notice Provided By:**
Robert P. Charbonneau, Esq.
Ehrenstein Charbonneau Calderin
Counsel for the Debtors-in-Possession
501 Brickell Key Drive, Suite 300
Miami, FL  33131