UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In Re:                                                                                          Chapter 11

W.B. CARE CENTER LLC                                                   Case No. 09-26196-JKO
d/b/a WEST BROWARD CARE CENTER

_____Debtor._____/

**DEBTOR-IN-POSSESSION'S SECOND MOTION PURSUANT TO
11 U.S.C. § 365(d)(4) TO EXTEND DEADLINE TO ASSUME
OR REJECT UNEXPIRED LEASES OF REAL PROPERTY**

(*HEARING REQUESTED AS SOON AS PRACTICABLE*)

**Basis for Expedited Relief**

The Debtor brings this motion on an expedited basis to extend the deadline to assume or reject unexpired nonresidential real property leases. The current deadline runs on January 19, 2010, and the Debtor requires an extension of time to properly evaluate whether assumption or rejection of unexpired nonresidential real property leases is in the best interests of the estate and its creditors. Without such an extension, the Debtor will not have adequate time to perform the requisite analysis in deciding whether to reject or assume unexpired nonresidential real property leases. This matter does not lend itself to advance resolution with all creditors and parties in interest in this case. Accordingly, the Debtor requests that the requirements of Local Rule 9075-1 be waived.

**W.B. CARE CENTER LLC d/b/a WEST BROWARD CARE CENTER,** (the "Debtor"), by and through undersigned counsel, files this Motion pursuant to 11 U.S.C. § 365(d)(4) to extend the deadline to assume or reject unexpired nonresidential real property leases (the "Motion"), and in support thereof states:

**JURISDICTION AND VENUE**

1.  This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334. Venue is proper under 28 U.S.C. §§ 1408 and 1409.

2.  This is a core proceeding as defined in 28 U.S.C. §§157(b)

## BACKGROUND

3. On August 5, 2009, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date"). The Debtor is operating its business and managing its affairs as a debtor-in-possession pursuant to the authority of sections 1107(a) and 1108 of the Bankruptcy Code.

4. For a more thorough account of the Debtor's organizational background, business operations and the events precipitating this chapter 11 filing, the Debtor respectfully refers the Court to the Declaration of Timothy P. Reardon in Support of Certain First Day Motions (the "Reardon Declaration")[D.E. #5].

5. On October 30, 2009, this Court ordered the appointment of an examiner (the "Examiner Order") [D.E.# 143].

6. On November 2, 2009 and pursuant to the Examiner Order, the Office of the United States Trustee appointed Soneet Kapila as Chapter 11 examiner. [D.E. # 145].

7. The Debtor believes that only one unexpired nonresidential real property lease exists—the lease of the premises where the Debtor operates—in which Institutional Leasing I, LLC ("Institutional") is lessor and the Debtor is lessee (the "Unexpired Lease").

8. Pursuant to 11 U.S.C. § 365(d)(4)(A), the original deadline by which the Trustee had to assume or reject unexpired nonresidential real property leases was December 3, 2009.

9. On November 30, 2009, however, in its *Order Granting Debtor-In-Possession's Motion Pursuant to 11 U.S.C. § 365(d)(4) to Extend Deadline to Assume or Reject Unexpired Lease of Real Property* [D.E. # 186], the Court extended the original deadline by which the Trustee must assume or reject unexpired nonresidential real property leases for a period of forty-five (45) days, through and including Tuesday, January 19, 2010.

**EHRENSTEIN CHARBONNEAU CALDERIN**
501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com

## REQUEST RELIEF AND BASIS THEREFOR

10. By this Motion, the Debtor seeks the entry of an order granting an additional forty-five (45) day extension of the deadline for the Debtor to assume or reject unexpired nonresidential real property leases in which the Debtor is the lessee through and including March 4, 2010. The extension sought is without prejudice to the rights of the Debtor to seek the assumption or rejection of any unexpired leases or further extensions of the time to assume or reject any other unexpired leases.

11. Pursuant to 11 U.S.C. § 365(d)(4)(B)(i), the Court may extend the deadline to assume or reject executory contracts and unexpired leases for ninety (90) days "for cause."

12. The term "cause" as used in section 365(d)(4) is not defined in the Bankruptcy Code, nor does the Bankruptcy Code establish formal criteria for evaluating a request for an extension of the initial 120 day period. However, courts generally consider the following nonexclusive factors to determine "cause" for purposes of Section 365(d)(4):

   a. whether the debtor is paying for the use of the property;

   b. whether the debtor's continued occupation … could damage the lessor beyond the compensation available under the Bankruptcy Code;

   c. whether the debtor has had time to intelligently appraise its financial situation and the potential value of its assets in terms of the formulation of a plan;

   d. whether the leases are an important asset of the estate such that the decision to assume or reject would be central to any plan of reorganization; or

   e. whether the case is complex and involves large numbers of leases.

*See In re Burger Boys*, 94 F.3d 755,761 (2d Cir. 1996); *see also In re Mercedes Homes Inc.*, Case No. 09-11191 (PGH) (Bankr. S.D. Fla. June 1, 2009) (order granting debtor's motion to extend time to assume or reject unexpired leases of nonresidential real property);

*In re TOUSA, Inc.*, Case No. 08-10928 (JKO) (Bankr. S.D. Fla. May 12, 2008) (same); *In re Keith Eickert Power Prods., LLC*, No. 03-05234 (Bankr. M.D. Fla. Aug. 28, 2003) (same).

13. Where the initial period to assume or reject unexpired leases has proven to be inadequate, bankruptcy courts in this district have routinely extended such periods. *See e.g. In re Mercedes Homes Inc.*, Case No. 09-11191 (PGH) (Bankr. S.D. Fla. June 1, 2009); *see also In re see also In re TOUSA, Inc.*, Case No. 08-10928 (JKO) (Bankr. S.D. Fla. May 12, 2008) (same).

14. Upon an application of the aforementioned factors, the Debtor submits that cause exists to grant it an additional forty-five (45) day extension under section 365(d)(4) based on the following:

    a. Although the case is not a "mega-case" by Southern District of Florida standards, the Debtor operates within a highly regulated industry (healthcare) and generates in excess of $12,000,000 in annual revenues. The Debtor submits that the case is thus relatively large and complicated.

    b. The Debtor has continued to focus its energy on working with the Chapter 11 Examiner, and thus has not yet had an opportunity to adequate evaluate whether it should assume or reject the Unexpired Lease.

    c. The Debtor continues to timely satisfy its postpetition bills as they become due, including rent payments to Institutional under the Unexpired Lease.

15. Accordingly, the Debtor submits that cause exists for the Court to extend the time within which the Debtor may assume or reject the Unexpired Lease for an additional forty-five (45) days through and including March 4, 2010, without prejudice to the Debtors' right to seek further extensions of such deadline, as provided in section 365 of the Bankruptcy Code.

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**

## NOTICE

16.     Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) Institutional; and (c) parties entitled to receive notice in this chapter 11 case pursuant to this Court's Order limiting notice [D.E.# 102].

17.     In light of the nature of the relief requested herein, the Debtor submits that no other or further notice is required.

**WHEREFORE**, the Debtor, by and through undersigned counsel, respectfully requests that the Court enter an order: (1) extending the deadline to assume or reject unexpired nonresidential real property leases for an additional (45) days through and including March 4, 2010; and (2) granting such other and further relief as the Court deems just and proper.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 1-2090(A).*

**EHRENSTEIN CHARBONNEAU CALDERIN**
Attorneys for Debtor
501 Brickell Ave., Suite 300
Miami, Florida 33131
T. 305.722.2002   F. 305.722.2001


By:      /s/ *Robert P. Charbonneau*
Robert P. Charbonneau, Esq.
Florida Bar No.: 968234
rpc@ecclegal.com
David R. Rothenstein, Esq.
Florida Bar No.: 72704
drr@ecclegal.com