Debtor:      W.B. Care Center, LLC
d/b/a West Broward Care Center

Case No.     09-26196-JKO

<u>Administrative Expense</u>

Creditor:    Lynn Granata
11121 SW 161 St.
Miami, FL 33157
305-878-9333

The following are expenses that have occurred following the filing of Chapter 11 in August 2009:

1) On November 12, 2009 expenses totaling $4560.37 (see attached).
2) Discharged from employment without reason, without the payment of accrued benefits and without severance totaling $12,000.

This is being submitted on January 26, 2009 by Lynn Granata.

*Lynn Granata*

## WB CARE CENTER

### Reimbursement

Date: _ 12-Nov-09

Employee Name: _____ Lynn Granata

Employee Address: _____ 11121 SW 161 St        Miami Fl 33157

| Receipts | Invoice Date | TO Whom Paid | For What | GL # | Amount Paid |
|---|---|---|---|---|---|
| 1 | 27-Oct-09 | Residence Inn | Housing for Martha / Lynn | 4060 | 1056.72 |
| 2 | nov 4 2009 | Residence Inn | Housing for Martha / Lynn | 4060 | 1056.72 |
| 3 | 12-Nov | Residence Inn | Housing for Martha / Lynn | 4060 | 1849.26 |
| 4 | 10/30/2009 | Flanagans | Marketing luncheon | 4376 | 65.94 |
| 5 | oct 23 2009 | Mac Grill | Marketing luncheon | 4376 | 78.52 |
| 6 | 10/26/2009 | Joann Fabrics | Activity supplies | 4830 | 22.19 |
| 7 | 23-Oct-09 | Japan Inn | Marketing luncheon | 4376 | 69.79 |
| 8 | 11/6/2009 | Briggs | Oxygen signs | | 361.23 |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| | | Receipts: | | | |
| | | Total: | | 4560.37 | |

Employee Signature: _Lynn Granata_

WB Care Center Authorized Respresentative

# Residence Inn Marriott

Residence Inn by Marriott
Fort Lauderdale Plantation

130 North University Drive : Plantation, FL 33324
P 954.723.0300

Lynn Granata

7751 W Broward Blvd

Plantation FL 33324

West Broward Care Center

Room: 214

Room Type: TOBR

Number of Guests: 1

Rate: $119.00    Clerk: JAD

| Arrive: 31May09 | Time: 09:22PM | Depart: 12Nov09 | Time: 11:09AM | Folio Number: 96229 |
|---|---|---|---|---|

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Folio charges for 21Oct09 through 12Nov09 | | |
| 21Oct09 | Room Charge | 119.00 | |
| 21Oct09 | State Occupancy Tax | 7.14 | |
| 21Oct09 | Occupancy Sales Tax | 5.95 | |
| 22Oct09 | Room Charge | 119.00 | |
| 22Oct09 | State Occupancy Tax | 7.14 | |
| 22Oct09 | Occupancy Sales Tax | 5.95 | |
| 23Oct09 | Room Charge | 119.00 | |
| 23Oct09 | State Occupancy Tax | 7.14 | |
| 23Oct09 | Occupancy Sales Tax | 5.95 | |
| 24Oct09 | Room Charge | 119.00 | |
| 24Oct09 | State Occupancy Tax | 7.14 | |
| 24Oct09 | Occupancy Sales Tax | 5.95 | |
| 25Oct09 | Room Charge | 119.00 | |
| 25Oct09 | State Occupancy Tax | 7.14 | |
| 25Oct09 | Occupancy Sales Tax | 5.95 | |
| 26Oct09 | Room Charge | 119.00 | |
| 26Oct09 | State Occupancy Tax | 7.14 | |
| 26Oct09 | Occupancy Sales Tax | 5.95 | |
| 27Oct09 | Master Card | | 1056.72 |
| | Card #: MCXXXXXXXXXXXX9019/XXXX | | |
| | Amount: 1056.72 Auth: 063114 Signature on File | | |
| | This card was electronically swiped on 21Oct09 | | |
| 27Oct09 | Room Charge | 119.00 | |
| 27Oct09 | State Occupancy Tax | 7.14 | |
| 27Oct09 | Occupancy Sales Tax | 5.95 | |
| 28Oct09 | Room Charge | 119.00 | |
| 28Oct09 | State Occupancy Tax | 7.14 | |
| 28Oct09 | Occupancy Sales Tax | 5.95 | |
| 29Oct09 | Room Charge | 119.00 | |
| 29Oct09 | State Occupancy Tax | 7.14 | |
| 29Oct09 | Occupancy Sales Tax | 5.95 | |
| 30Oct09 | Room Charge | 119.00 | |
| 30Oct09 | State Occupancy Tax | 7.14 | |
| 30Oct09 | Occupancy Sales Tax | 5.95 | |
| 31Oct09 | Room Charge | 119.00 | |
| 31Oct09 | State Occupancy Tax | 7.14 | |
| 31Oct09 | Occupancy Sales Tax | 5.95 | |
| 01Nov09 | Room Charge | 119.00 | |
| 01Nov09 | State Occupancy Tax | 7.14 | |
| 01Nov09 | Occupancy Sales Tax | 5.95 | |
| 02Nov09 | Room Charge | 119.00 | |
| 02Nov09 | State Occupancy Tax | 7.14 | |
| 02Nov09 | Occupancy Sales Tax | 5.95 | |
| 03Nov09 | Room Charge | 119.00 | |
| 03Nov09 | State Occupancy Tax | 7.14 | |

**Residence Inn Marriott**

Residence Inn by Marriott
Fort Lauderdale Plantation

130 North University Drive : Plantation, FL 33324
P 954.723.0300

Lynn Granata

7751 W Broward Blvd

Plantation FL 33324

West Broward Care Center

Room: 214

Room Type: TOBR

Number of Guests: 1

Rate: $119.00          Clerk: JAD

| Arrive: 31May09 | Time: 09:22PM | Depart: 12Nov09 | Time: 11:09AM | Folio Number: 96229 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03Nov09 | Occupancy Sales Tax | 5.95 | |
| 04Nov09 | Master Card | | 1056.72 |
| | Card #: MCXXXXXXXXXXXX9019/XXXX | | |
| | Amount: 1056.72 Auth: 005406 Signature on File | | |
| | This card was electronically swiped on 21Oct09 | | |
| 04Nov09 | Room Charge | 119.00 | |
| 04Nov09 | State Occupancy Tax | 7.14 | |
| 04Nov09 | Occupancy Sales Tax | 5.95 | |
| 05Nov09 | Room Charge | 119.00 | |
| 05Nov09 | State Occupancy Tax | 7.14 | |
| 05Nov09 | Occupancy Sales Tax | 5.95 | |
| 06Nov09 | Room Charge | 119.00 | |
| 06Nov09 | State Occupancy Tax | 7.14 | |
| 06Nov09 | Occupancy Sales Tax | 5.95 | |
| 07Nov09 | Room Charge | 119.00 | |
| 07Nov09 | State Occupancy Tax | 7.14 | |
| 07Nov09 | Occupancy Sales Tax | 5.95 | |
| 08Nov09 | Room Charge | 119.00 | |
| 08Nov09 | State Occupancy Tax | 7.14 | |
| 08Nov09 | Occupancy Sales Tax | 5.95 | |
| 09Nov09 | Room Charge | 119.00 | |
| 09Nov09 | State Occupancy Tax | 7.14 | |
| 09Nov09 | Occupancy Sales Tax | 5.95 | |
| 10Nov09 | Room Charge | 119.00 | |
| 10Nov09 | State Occupancy Tax | 7.14 | |
| 10Nov09 | Occupancy Sales Tax | 5.95 | |
| 11Nov09 | Room Charge | 119.00 | |
| 11Nov09 | State Occupancy Tax | 7.14 | |
| 11Nov09 | Occupancy Sales Tax | 5.95 | |
| 12Nov09 | Master Card | | 1056.72 |
| | Card #: MCXXXXXXXXXXXX9019/XXXX | | |
| | Amount: 1056.72 Auth: 022723 Signature on File | | |
| | This card was electronically swiped on 21Oct09 | | |
| 12Nov09 | Master Card | | 792.54 |
| | Card #: MCXXXXXXXXXXXX9019/XXXX | | |
| | Amount: 792.54 Auth: 064602 Signature on File | | |
| | This card was electronically swiped on 21Oct09 | | |
| | **This is a partial listing of guest charges. Subtotal:** | | 1,056.72 |

**Marriott Rewards Account # XXXXX1380.** Your Marriott Rewards points/miles earned on your room rate will be credited to your account. For account activity: 801-468-4000 or MarriottRewards.com.



CHASE ◻

Chase.com | Contact Us | Privacy Policy | LOG OFF

My Accounts > Account Activity

# Account Activity

◉ Print ◉ Help with this page

**I'd like to...**
▸ Pay bills
▸ See Account Statements
▸ See account notices
▸ See more choices

▸ **Note for former WaMu customers:** Learn more about using Chase.com to manage your accounts.

 Pay Bills     Paperless Options     Stop Payment on a Check     Chase Mobile

## Activity for ....    FREE EXTRA CKING (...9284)    ·    [ Show ]

### Details for FREE EXTRA CKING (...9284)

| | |
|---|---|
| Present Balance  | $2,219.81 |
| Available Balance | $2,219.81 |

## Show me...    Debit Card Transaction    [ Show ]    Next >

**Transaction Results (1 - 32) for FREE EXTRA CKING (...9284)**

Search Transactions

| Date | Type | Description | Debit | Credit |
|---|---|---|---|---|
| 11/10/2009 | Debit Card Transaction | WESTGATE RESORTS BMO ORL 11/09WESTGATE | $125.52 | |
| 11/09/2009 | Debit Card Transaction | PUBLIX SUPER MA PLANTATI122091 11/07PUBLIX SU | $192.33 | |
| 11/06/2009 | Debit Card Transaction | RESIDENCE INNS PLANT FT. 11/04RESIDENCE | $1,056.72 | |
| 11/02/2009 | Debit Card Transaction | BJ'S WHOLESALE Miami FL 224939 11/01BJ'S WHOL | $281.80 | |
| 11/02/2009 | Debit Card Transaction | COMCAST CABLE COMM 800-C 11/02COMCAST C | $255.48 | |
| 10/29/2009 | Debit Card Transaction | RESIDENCE INNS PLANT FT. 10/27RESIDENCE | $1,056.72 | |
| 10/26/2009 | Debit Card Transaction | KMART DAVIE FL 001704 10/25KMART DAV | $94.28 | |
| 10/26/2009 | Debit Card Transaction | JAPAN INN PLANTATION FL 10/23JAPAN INN | $69.79 | |
| 10/26/2009 | Debit Card Transaction | JOANN STORES, I DAVIE FL551252 10/25JOANN STO | $22.19 | |
| 10/22/2009 | Debit Card Transaction | PUBLIX SUPER MA PLANTATI119785 10/21PUBLIX SU | $140.75 | |
| 10/22/2009 | Debit Card Transaction | PUBLIX SUPER MA PLANTATI116165 10/21PUBLIX SU | $89.08 | |
| 10/21/2009 | Debit Card Transaction | 1 800 PETMEDS 800-738633 10/201 800 PET | $58.78 | |
| 10/21/2009 | Debit Card Transaction | TWX*AOL SERVICE 1009 800 10/21TWX*AOL S | $25.90 | |
| 10/20/2009 | Debit Card Transaction | INTERVAL TRA*RENEWAL 800 10/19INTERVAL | $227.00 | |
| 10/19/2009 | Debit Card Transaction | MACARONI GRILL0000011 PL 10/15MACARONI | $112.81 | |
| 10/16/2009 | Debit Card Transaction | MACARONI GRILL0000011 PL 10/14MACARONI | $42.87 | |

Case 09-26196-JKO    Doc 284    Filed 01/27/10    Page 6 of 8



Online Banking
LYNN GRANATA

## Transaction Details

View the details below for your transaction. If you require additional information, please contact the merchant.

**Detailed Information**

| | |
|---|---|
| Transaction Date: | October 23, 2009 |
| Post Date: | October 26, 2009 |
| Transaction Description: | MACARONI GRILL00000117 PLANTATION FL |
| Charge: | $78.52 |
| Category: | |
| Merchant Information: | MACARONI GRILL00000117 PLANTATION FL |

Return to Transactions & Details

CapitalOne.com
Home
Contact Us

Legal
Privacy
Security
Terms and Conditions

This site provides information about and access to financial services offered by the Capital One family of companies, including Capital One Bank (USA), N.A. and Capital One, N.A., members FDIC. Consult your account agreement for information about the Capital One company servicing your individual accounts.

Capital One does not provide, endorse, nor guarantee and is not liable for third party products, services, educational tools, or other information available through this site. Read additional important disclosures.

©2009 Capital One
Capital One and Blank Check® are federally registered service marks. All rights reserved.

MEMBER FDIC

Japan Inn
1781 N. University Dr.
Plantation, FL 33322
954 424-8855

MID# :04150075701 3 / TER#: 003
DATE: Oct 23,2009 01:14 pm
         SALES

CHECK : 7
SERVER: WO-SHYLA

MASTERCARD
ACCT : XXXXXXXXXX9019
EXP  : XXXX

APPCODE: 011213
TroutD: 56905
SALES
TOTAL     $  59.79

GRATUITY :   10.00

TOTAL    :   69.79

GRATUITY   GUIDELINE
15% = $8.97  18% = $10  6  20% = $11.96
I agree to pay above total amount
according to card issuer agreement
(Merchant Agreement if credit voucher)

X  _Lynn Granata_

GRANATA/LYNN M
CUSTOMER COPY
THANK YOU

Case 09-26196-JKO   Doc 284   Filed 01/27/10   Page 7 of 8



Online Banking
LYNN GRANATA

## Transaction Details

View the details below for your transaction. If you require additional information, please contact the merchant.

**Detailed Information**

| | |
|---|---|
| Transaction Date: | November 11, 2009 |
| Post Date: | November 11, 2009 |
| Transaction Description: | BRIGGS CORPORATION 08002472343 IA |
| Charge: | $361.23 |
| Category: | |
| Merchant Information: | BRIGGS CORPORATION 08002472343 IA |

Return to Transactions & Details

CapitalOne.com
Home
Contact Us

Legal
Privacy
Security
Terms and Conditions

This site provides information about and access to financial services offered by the Capital One family of companies, including Capital One Bank (USA), N.A. and Capital One, N.A., members FDIC. Consult your account agreement for information about the Capital One company servicing your individual accounts.

Capital One does not provide, endorse, nor guarantee and is not liable for third party products, services, educational tools, or other information available through this site. Read additional important disclosures

©2009 Capital One
Capital One and Blank Check® are federally registered service marks. All rights reserved.

MEMBER FDIC

---

```
0022
Server: KRISTIN H
10/30/09 12:13, Guided  T

FLANIGAN'S #55
2190 E. UNIVERSITY BLVD
DAVIE, FL 33324

MERCHANT #: 4C-45302640077

CARD TYPE        ACCOUNT NUMBER
MASTER CARD      XXXXXXXXXXXX4602
Name: LYNN GRANATA
DC TRANSACTION APPROVED
AUTHORIZATION #: 055132
Reference: 103001000022
TRANS TYPE: Credit Card Sale

CHECK=        55.94
TIP=           9.00

TOTAL=        65.94
```

# Packing List

**2492265**

Page 1 of 1

Briggs
P. O. Box 1698
Des Moines  IA 50306

**SHIP TO:**

West Broward Care Center
7751 W Broward Blvd
Plantation  FL 33324
Contact: Cu PO Laura Barahona

Questions?  Call 515-327-6400 Fax

| CUSTOMER PO | Signs Shipped | SHIP VIA |
|---|---|---|
| 208248 | 60 | GROUND UPS |

| QTY ORD | B/O | SHIPPED | PRODUCT NO | DESCRIPTION |
|---|---|---|---|---|
| 60 | | 60 | 5764DS | 9" x 2" No Smoking Oxygen In Use |
| | | | | RD |