Debtor:  W.B. Care Center, LLC
D/b/a West Broward Care Center

Case No.  09-26196-JKO

Application For Administrative Expense Claim

<u>Administrative/Services Performed Expenses</u>

Creditor:  Martha Peeples
11121 SW 161 Street
Miami, FL 33157
305-798-1104

I am filing a claim for administrative and service performed expenses arising after West Broward Care Center August 2009 Chapter 11 filing. A request for payment is being pursued for the following are expenses:

1) November 12, 2009 administrative expenses totaling $2604.06
2) Discharge from employment without reason, without the payment of accrued benefits and without severance totaling $7,486.43

Total: $10,090.49

This is being submitted on January 26, 2010 by Martha Peeples

*Martha Peeples* (signature)

# Earnings Statement

**ADP**

CO: 102227  FILE: 004004  DEPT: CLOCK  NUMBER: 0071859291  1
YIF:                                                    002-0001

WB CARE CENTER LLC
DIP CASE # 09-26196-RBR
7751 W. BROWARD BLVD
PLANTATION, FL 33324

Period Ending: 10/31/2009
Pay Date: 11/13/2009

MARTHA PEEPLES
11121 SW 161 ST
MIAMI FL 33157

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  FL: No State Income Tax

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 57.6900 | 120.00 | 6,922.80 | 53,305.88 |
| Bonus | | | | 100.00 |
| Holiday | | | | 461.52 |
| **Gross Pay** | | | **$6,922.80** | 53,867.40 |

## Deductions

**Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -1,481.96 | 11,143.16 |
| Social Security Tax | -428.76 | 3,334.80 |
| Medicare Tax | -100.27 | 779.91 |

**Other**
| | | |
|---|---|---|
| Bcbs Dental | -7.30* | 80.30 |
| Vision | -16.07 | 176.77 |
| Reimbursement | | -3,013.15 |

**Net Pay** **$4,888.44**

* Excluded from federal taxable wages

Your federal taxable wages this period are $6,915.50

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Personal Bal | | 49.77 |
| Sick Balance | | 52.30 |
| Vac Balance | | 80.00 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 2 | Company | File Numb | Last Name First Name | Date 01 | Home Departm | VAC BAL | PERS BAL | SICK BAL |
| 63 | YIF | 102081 | Jean, Yolette | 12/07/2007 | 004303 | 0 / will have 80 on 12/7/09 | 8 | 0 |
| 64 | YIF | 101927 | Jean-Baptiste, Marjoane | 08/18/2006 | 004303 | 0 | 0 | 28.02 |
| 65 | YIF | 001247 | Jeanty, Sephida | 07/01/2001 | 004303 | 40 | 0 | 9.9 |
| 66 | YIF | 102156 | Jeudy, Michelle J | 06/26/2008 | 004302 | 40 | 0 | 56 |
| 67 | YIF | 102157 | Jillson, Miriam | 06/28/2008 | 004302 | 56 | 0 | 56 |
| 68 | YIF | 102296 | JOSAPHAT, GERMAINE | 08/14/2009 | 004303 | 0 | 0 | 0 |
| 69 | YIF | 001092 | Joseph, Marie | 02/06/1997 | 004303 | -48 | 0 | 21.35 |
| 70 | YIF | 102290 | Kaya, Elana | 08/14/2009 | 004302 | 0 | 0 | 0 |
| 71 | YIF | 102103 | Lacroix, Sarah | 12/13/2007 | 004302 | 80 | 0 | 56 |
| 72 | YIF | 102151 | Lightbourne, Robin | 06/23/2008 | 004302 | 40 | 16 | 0 |
| 73 | YIF | 101967 | Louis, Linda | 12/28/2006 | 004303 | 0 | 0 | 28.01 |
| 74 | YIF | 001163 | Louis-Jeune, Monique | 03/16/2000 | 004303 | 112 | 0 | 0 |
| 75 | YIF | 001083 | Louisma, Marie | 06/29/1998 | 004305 | 160 | 8 | 16 |
| 76 | YIF | 102145 | Lucien, Prima | 06/19/2008 | 004303 | 80 | 16 | 14.67 |
| 77 | YIF | 102073 | Marceline, Jacqueline | 11/07/2007 | 004303 | 0 | 0 | 32 |
| 78 | YIF | 102021 | Martinez, Elsa | 05/31/2007 | 004303 | 10 | 16 | 40 |
| 79 | YIF | 101932 | Maurice, Nodine | 09/08/2006 | 004303 | 80 | 0 | 32 |
| 80 | YIF | 102288 | McIntyre, Marvin | 08/24/2009 | 004005 | 0 | 0 | 0 |
| 81 | YIF | 102158 | Mercea, Mariutza | 06/26/2008 | 004302 | 32 | 0 | 16 |
| 82 | YIF | 102129 | Mesidor, Jude K | 03/18/2008 | 004303 | 80 | 0 | 8 |
| 83 | YIF | 001547 | Metayer, Rosemene | 07/11/2003 | 004303 | 40 | 8 | 44 |
| 84 | YIF | 001230 | Morgan, Joan | 07/12/2000 | 004301 | 40 | 16 | 0 |
| 85 | YIF | 001729 | Ochanski, Jane | 03/15/2005 | 004301 | 0 | 0 | 0 |
| 86 | YIF | 102097 | Ogbourne, Elaine | 12/05/2007 | 004303 | 2 | 8 | 0 |
| 87 | YIF | 102316 | OLOTCH, ERNEST | 10/19/2009 | 004302 | 0 | 0 | 0 |
| 88 | YIF | 102210 | Paul, Monique | 04/07/2009 | 004303 | 40 | 0 | 37.36 |
| 89 | YIF | 102227 | Peeples, Martha | 04/03/2009 | 004004 | 80 | 16 | 32 |
| 90 | YIF | 101876 | Pierre Louis, Marie R | 03/27/2006 | 004303 | 80 | 1.96 | 36 |
| 91 | YIF | 101878 | Pierre-Louis, Monique | 03/30/2006 | 004301 | 40 | 8 | 0 |
| 92 | YIF | 001695 | Pierre-Paul, Saintamise | 10/28/2004 | 004303 | 120 | 0 | 0 |
| 93 | YIF | 102088 | Prophete, Amantha | 12/10/2007 | 004302 | 0 | 0 | 0 |
| 94 | YIF | 102128 | Ramnath, Preeya | 03/21/2008 | 004302 | 56 | 0 | 24 |
| 95 | YIF | 001574 | Rancy, Jocelyne | 10/21/2003 | 004303 | 120 | 8 | 56 |
| 96 | YIF | 102141 | Ridore, Marie E | 06/13/2008 | 004302 | 56 | 0 | 8 |
| 97 | YIF | 102164 | Rodriguez, Carolyn | 07/08/2008 | 004302 | 0 | 0 | 0 |
| 98 | YIF | 001112 | Sauval, Marie V | 11/03/1993 | 004305 | 160 | 8 | 32 |
| 99 | YIF | 001322 | Senatus, Prenette | 10/17/2001 | 004302 | 120 | 0 | 24.5 |
| 100 | YIF | 101861 | Shorter, Germaine | 02/06/2006 | 004303 | 24 | 0 | 16 |
| 101 | YIF | 102222 | Sindiong, Michael | 04/19/2009 | 004301 | 0 | 0 | 0 |
| 102 | YIF | 001521 | Sinordo, Rosane | 03/10/2003 | 004302 | 32 | 0 | 0 |
| 103 | YIF | 102317 | SOUFFRANT, CARMEL | 10/19/2009 | 4302 | 0 | 0 | 0 |
| 104 | YIF | 001118 | St. Louis, Muregne | 01/25/1993 | 004303 | 0 | 16 | 56 |
| 105 | YIF | 001380 | Surpris, Eugenie | 03/25/2002 | 004303 | 74.3 | 16 | 30.67 |
| 106 | YIF | 001119 | Sweet, Janet | 12/06/1995 | 004303 | 0/ will have 160 on 3/24/10 | 16 | 8.85 |
| 107 | YIF | 001122 | Taylor, Gloria | 08/03/1987 | 004303 | 0 | 0 | 0 |
| 108 | YIF | 101923 | Ternier, Sarahjane | 08/15/2006 | 004302 | 89.17 | 0 | 48 |
| 109 | YIF | 102161 | Tervil, Cherly | 07/01/2008 | 004302 | 0 | 0 | 0 |
| 110 | YIF | 102248 | Theodore, Roselene | 06/17/2009 | 004303 | 0 | 0 | 28.02 |
| 111 | YIF | 001583 | Torres, Dianne | 11/18/2003 | 004303 | 80 | 0 | 0 |
| 112 | YIF | 102160 | Turner, Marion S | 06/26/2008 | 004303 | 32 | 16 | 18 |
| 113 | YIF | 001130 | Vilard, Yves-Anne | 04/10/1995 | 004303 | 80 | 0 | 24 |
| 114 | YIF | 102284 | Walton, Theresa | 07/16/2009 | 004004 | 0 | 0 | 0 |
| 115 | YIF | 001136 | Williams, Dellories | 10/23/1986 | 004305 | 120 | 17.82 | 32 |
| 116 | YIF | 102299 | Woodard, Racquel | 09/01/2009 | 004004 | 0 | 0 | 0 |



## WB CARE CENTER

### Reimbursement

Date: 12-Nov-09

Employee Name: Martha Peeples

Employee Address: 11121 sw 161 St Miami Fl 33157

| Receipts | Invoice Date | TO Whom Paid | For What | GL # | Amount Paid |
|---|---|---|---|---|---|
| 1 | 26-Oct-09 | Residence Inn | Housing for Gary | 4060 | 1072.26 |
| 2 | 9-Nov-09 | Residence Inn | Housing for Gary | 4060 | 1072.26 |
| 3 | 12-Nov-09 | Residence Inn | Housing for Gary | 4060 | 459.54 |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| | | Receipts: | | | |
| | | Total: | | | 2604.06 |

Employee Signature: 

WB Care Center Authorized Respresentative:



Residence Inn by Marriott  
Fort Lauderdale Plantation  
130 North University Drive : Plantation, FL 33324  
P 954.723.0300

Gary Duncason  
7751 West Broward Blvd  
Plantation FL 33324  
West Broward Care Center

Room: 404  
Room Type: ONBR  
Number of Guests: 1  
Rate: $69.00   Cleric: JAD

Arrive: 20Aug09   Time: 04:27PM   Depart: 12Nov09   Time: 11:07AM   Folio Number: 99273

| Date | Description | Charges | Credits |
|---|---|---|---|
| 03Nov09 | Occupancy Sales Tax | 3.45 | |
| 04Nov09 | Room Charge | 69.00 | |
| 04Nov09 | State Occupancy Tax | 4.14 | |
| 04Nov09 | Occupancy Sales Tax | 3.45 | |
| 05Nov09 | Room Charge | 69.00 | |
| 05Nov09 | State Occupancy Tax | 4.14 | |
| 05Nov09 | Occupancy Sales Tax | 3.45 | |
| 06Nov09 | Room Charge | 69.00 | |
| 06Nov09 | State Occupancy Tax | 4.14 | |
| 06Nov09 | Occupancy Sales Tax | 3.45 | |
| 07Nov09 | Room Charge | 69.00 | |
| 07Nov09 | State Occupancy Tax | 4.14 | |
| 07Nov09 | Occupancy Sales Tax | 3.45 | |
| 08Nov09 | Room Charge | 69.00 | |
| 08Nov09 | State Occupancy Tax | 4.14 | |
| 08Nov09 | Occupancy Sales Tax | 3.45 | |
| 09Nov09 | Visa | | 1072.26 |
| | Card #: VIXXXXXXXXXXXX5269/XXXX | | |
| | Amount: 1072.26  Auth: 143133  Signature on File | | |
| | This card was electronically swiped on 28Oct09 | | |
| 09Nov09 | Room Charge | 69.00 | |
| 09Nov09 | State Occupancy Tax | 4.14 | |
| 09Nov09 | Occupancy Sales Tax | 3.45 | |
| 10Nov09 | Room Charge | 69.00 | |
| 10Nov09 | State Occupancy Tax | 4.14 | |
| 10Nov09 | Occupancy Sales Tax | 3.45 | |
| 11Nov09 | Room Charge | 69.00 | |
| 11Nov09 | State Occupancy Tax | 4.14 | |
| 11Nov09 | Occupancy Sales Tax | 3.45 | |
| 12Nov09 | Master Card | | 459.54 |
| | Card #: MCXXXXXXXXXXXX4625/XXXX | | |
| | Amount: 459.54  Auth: 08783Z  Signature on File | | |
| | This card was electronically swiped on 12Oct09 | | |
| | This is a partial listing of guest charges. Subtotal: | | 919.08 |

Marriott Rewards Account # XXXXX1380. Your Marriott Rewards points/miles earned on your room rate will be credited to your account. For account activity: 801-468-4000 or MarriottRewards.com.

Get all your hotel bills by email by updating your Marriott Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

**Residence Inn Marriott**

Residence Inn by Marriott
Fort Lauderdale Plantation

130 North University Drive : Plantation, FL 33324
P 954.723.0300

Gary Duncason
7751 West Broward Blvd
Plantation FL 33324
West Broward Care Center

Room: 404
Room Type: ON8R
Number of Guests: 1
Rate: $69.00    Clerk: JAD

| Arrive: 20Aug09 | Time: 04:27PM | Depart: 12Nov09 | Time: 11:07AM | Folio Number: 99273 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |

*Folio charges for 21Oct09 through 12Nov09*

| Date | Description | Charges | Credits |
|---|---|---|---|
| 21Oct09 | Room Charge | 69.00 | |
| 21Oct09 | State Occupancy Tax | 4.14 | |
| 21Oct09 | Occupancy Sales Tax | 3.45 | |
| 22Oct09 | Room Charge | 69.00 | |
| 22Oct09 | State Occupancy Tax | 4.14 | |
| 22Oct09 | Occupancy Sales Tax | 3.45 | |
| 23Oct09 | Room Charge | 69.00 | |
| 23Oct09 | State Occupancy Tax | 4.14 | |
| 23Oct09 | Occupancy Sales Tax | 3.45 | |
| 24Oct09 | Room Charge | 69.00 | |
| 24Oct09 | State Occupancy Tax | 4.14 | |
| 24Oct09 | Occupancy Sales Tax | 3.45 | |
| 25Oct09 | Room Charge | 69.00 | |
| 25Oct09 | State Occupancy Tax | 4.14 | |
| 25Oct09 | Occupancy Sales Tax | 3.45 | |
| 26Oct09 | Visa | | 1072.26 |
| | Card #: VIXXXXXXXXXXXX9766/XXXX | | |
| | Amount: 1072.26  Auth: 05549A  Signature on File | | |
| | This card was electronically swiped on 20Aug09 | | |
| 26Oct09 | Room Charge | 69.00 | |
| 26Oct09 | State Occupancy Tax | 4.14 | |
| 26Oct09 | Occupancy Sales Tax | 3.45 | |
| 27Oct09 | Room Charge | 69.00 | |
| 27Oct09 | State Occupancy Tax | 4.14 | |
| 27Oct09 | Occupancy Sales Tax | 3.45 | |
| 28Oct09 | Room Charge | 69.00 | |
| 28Oct09 | State Occupancy Tax | 4.14 | |
| 28Oct09 | Occupancy Sales Tax | 3.45 | |
| 29Oct09 | Room Charge | 69.00 | |
| 29Oct09 | State Occupancy Tax | 4.14 | |
| 29Oct09 | Occupancy Sales Tax | 3.45 | |
| 30Oct09 | Room Charge | 69.00 | |
| 30Oct09 | State Occupancy Tax | 4.14 | |
| 30Oct09 | Occupancy Sales Tax | 3.45 | |
| 31Oct09 | Room Charge | 69.00 | |
| 31Oct09 | State Occupancy Tax | 4.14 | |
| 31Oct09 | Occupancy Sales Tax | 3.45 | |
| 01Nov09 | Room Charge | 69.00 | |
| 01Nov09 | State Occupancy Tax | 4.14 | |
| 01Nov09 | Occupancy Sales Tax | 3.45 | |
| 02Nov09 | Room Charge | 69.00 | |
| 02Nov09 | State Occupancy Tax | 4.14 | |
| 02Nov09 | Occupancy Sales Tax | 3.45 | |
| 03Nov09 | Room Charge | 69.00 | |
| 03Nov09 | State Occupancy Tax | 4.14 | |