Debtor W.B. Care Center, LLC
    D/b/a West Broward Care Center

Case No.    09-26196-JKO



Application For Administrative Expense Claim

**Administrative/Services Performed Expenses**

Creditor:    Paula Mosley
    15900 SW 104th Court
    Miami, Fl 33157
    305 491-9563

I am filing a claim for administrative and service performed expenses at West Broward Care Center August 2009 Chapter 11 filing. A request for payment is being pursued for the following are expenses:

    1) October 23, 2009 - November 2009 expenses totaling $1,031.15 ( see attached)
    2) Discharge from employment without reason, without the payment of accrued benefits and without severance totaling $2,849.12

This is being submitted on January 26, 2010 by Paula Mosley

*Paula Mosley*

# WEST BROWARD CARE CENTER

MILEAGE REIMBURSEMENT LOG

Employee Name: PAULA MOSLEY                Employee No.: _____

Employee Address: _____

| Date | Beginning Odometer | Ending Odometer | Total Miles | Travel Description |
|------|--------------------|-----------------|-------------|--------------------|
| 11/9 | 16966 | 17046 | 80 | Westside Memorial North Broward Imperial Point Healthsouth |
| 11/10 | 17056 | 17134 | 78 | Northwest Memorial Healthsouth Westside Palm |
| 11/11 | 17154 | 17228 | 74 | VA North Broward Westside |
| 11/12 | 17238 | 17317 | 79 | Northwest North Broward Hcr Memorial |
| 11/13 | 17327 | 17397 | 70 | Plantation Northwest Manor Oak Covenant Westside Healthsouth |
| 11/16 | 17407 | 17467 | 60 | Westside North Broward Memorial Healthsouth |
| 11/17 | 17487 | 17567 | 80 | Hcr Westside Memorial Healthsouth |
| 11/18 | 17577 | 17656 | 79 | Northwest Memorial Healthsouth Westside Plantation |
| 11/19 | 17666 | 17740 | 74 | Healthsouth Northwest Memorial Dr Westside |
| 11/20 | 17755 | 17833 | 78 | North Broward Memorial Healthsouth Westside Sunrise |

Grand Total Mileage: 752   x .55 = $413.6

Parking and Tolls: (Receipts must be attached): $33.26

Total Reimbursement Due: $446.86

WEST BROWARD CARE CENTER
MILEAGE REIMBURSEMENT LOG

Paula Mosley

| Date | Start | End | Miles |
|------|-------|-----|-------|
| 11/23 | 17799 | 17869 | 70 |
| 11/24 | 17913 | 17993 | 80 |
| 11/25 | 18037 | 18097 | 60 |

GRAND TOTAL MILEAGE = 210 × .55 = $115.5
PARKING AND TOLLS: ———— 0
TOTAL REIMBURSEMENT DUE   $115.5

# WEST BROWARD CARE CENTER

MILEAGE REIMBURSEMENT LOG

Employee Name: Paula Mosley            Employee No.: _____

Employee Address: _____

| Date | Beginning Odometer | Ending Odometer | Total Miles | Travel Description |
|---|---|---|---|---|
| 10/23 | 15965 | 16045 | 80 | Westside, Northwest Memorial South, North Broward Memorial Care Plantation |
| 10/26 | 16065 | 16124 | 59.3 | VA, NMH, Westside |
| 10/27 | 16203 | 16282 | 79 | Northwest Memorial Sunrise, Aventura, Westside |
| 10/28 | 16292 | 16352 | 60 | VA, North Broward, NMH, Memorial |
| 10/29 | 16372 | 16446 | 74 | HealthSouth Hurthouse, North Broward, NMH, Drop off |
| 10/30 | 16456 | 16534 | 78 | Westside, North Care Plantation, HealthSouth |
| 11/2 | 16544 | 16628.5 | 74.5 | North Broward, Northwest, NMH |
| 11/3 | 16635.5 | 16708 | 70 | Westside, HealthSouth, North Broward |
| 11/4 | 16718 | 16796 | 78 | VA Memorial, North Broward, HealthSouth Plantation |
| 11/5 | 16816 | 16876 | 60 | Westside, Tender Memorial |
| 11/6 | 16886 | 16946 | 60 | HealthSouth, Northwest, Westside, Imperial |

Grand Total Mileage: 772.8 x .55 = 425.04

Parking and Tolls: (Receipts must be attached) $44.25

Total Reimbursement Due: 469.29



# SunPass
PREPAID TOLL PROGRAM

# Detail Statement

PAULA MOSLEY  
15900 SW 104TH CT  
MIAMI FL 33157-1573

Statement Period: 10/01/2009 12:00:00 AM to 10/31/2009 11:59:59 PM  
Printed On: 11/20/2009 04:43:11 PM

Customer# 3482518

You are enrolled in SunPass® Plus.  
You saved $28.75 during this period by using SunPass®.

## Financial Activity of Transponder 053665540110

| Process Date | Activity | Transaction Type | Amount | Running Balance |
|---|---|---|---|---|
| | BEGINNING TRANSPONDER BALANCE | | | $0.00 |
| | ENDING TRANSPONDER BALANCE | | | $0.00 |

## Financial Activity of Transponder 053665660110

| Process Date | Activity | Transaction Type | Amount | Running Balance |
|---|---|---|---|---|
| | BEGINNING TRANSPONDER BALANCE | | | $38.25 |
| 10/01/2009 08:31:30 | Transponder 053665660110 on 10/01/2009 08:06:08 at Bird Road NB ORT Lite lane 03S with 02 axles. | TTOL | ($0.75) | $37.50 |
| 10/01/2009 08:39:25 | Transponder 053665660110 on 10/01/2009 08:17:19 at Okeechobee lane 50S with 02 axles. | TTOL | ($0.75) | $36.75 |
| 10/01/2009 08:56:19 | Transponder 053665660110 on 10/01/2009 08:30:09 at Miramar lane 07D with 02 axles. | TTOL | ($0.75) | $36.00 |
| 10/01/2009 18:03:01 | Transponder 053665660110 on 10/01/2009 17:42:38 at Bird Road SB ORT Lite lane 02S with 02 axles. | TTOL | ($0.75) | $35.25 |
| 10/01/2009 18:06:53 | Transponder 053665660110 on 10/01/2009 17:26:43 at Okeechobee lane 60S with 02 axles. | TTOL | ($0.75) | $34.50 |
| 10/02/2009 08:17:53 | Transponder 053665660110 on 10/02/2009 07:46:43 at Bird Road NB ORT Lite lane 03S with 02 axles. | TTOL | ($0.75) | $33.75 |
| 10/02/2009 08:22:30 | Transponder 053665660110 on 10/02/2009 07:58:17 at Okeechobee lane 50S with 02 axles. | TTOL | ($0.75) | $33.00 |
| 10/02/2009 08:32:28 | Transponder 053665660110 on 10/02/2009 08:11:01 at Miramar lane 07D with 02 axles. | TTOL | ($0.75) | $32.25 |
| 10/02/2009 18:38:13 | Transponder 053665660110 on 10/02/2009 17:59:53 at Okeechobee lane 60S with 02 axles. | TTOL | ($0.75) | $31.50 |
| 10/02/2009 18:49:24 | Transponder 053665660110 on 10/02/2009 18:22:38 at Bird Road SB ORT Lite lane 02S with 02 axles. | TTOL | ($0.75) | $30.75 |
| 10/04/2009 02:35:19 | Transponder 053665660110 on 10/03/2009 21:50:16 at East/West Expwy - SR 836 lane 03D with 02 axles. | TTOL | ($1.00) | $29.75 |
| 10/04/2009 04:45:23 | Transponder 053665660110 on 10/03/2009 21:34:53 at South Dade - SR 874-- North lane 05D with 02 axles. | TTOL | ($1.00) | $28.75 |
| 10/04/2009 15:06:05 | Transponder 053665660110 on 10/04/2009 02:10:11 at South Dade - SR 874 -- South lane 07D with 02 axles. | TTOL | ($1.00) | $27.75 |

## Financial Activity of Transponder 053665660110

| Process Date | Activity | Transaction Type | Amount | Running Balance |
|---|---|---|---|---|
| 10/05/2009 11:40:13 | Transponder 053665660110 on 10/05/2009 11:29:55 at Bird Road NB ORT Lite lane 03S with 02 axles. | TTOL | ($0.75) | $27.00 |
| 10/05/2009 11:44:12 | Transponder 053665660110 on 10/05/2009 11:37:16 at Okeechobee lane 50S with 02 axles. | TTOL | ($0.75) | $26.25 |
| 10/05/2009 12:25:24 | Transponder 053665660110 on 10/05/2009 11:49:25 at Miramar lane 07D with 02 axles. | TTOL | ($0.75) | $25.50 |
| 10/05/2009 17:43:58 | Transponder 053665660110 on 10/05/2009 17:20:11 at Okeechobee lane 60S with 02 axles. | TTOL | ($0.75) | $24.75 |
| 10/05/2009 17:51:54 | Transponder 053665660110 on 10/05/2009 17:42:29 at Bird Road SB ORT Lite lane 02S with 02 axles. | TTOL | ($0.75) | $24.00 |
| 10/06/2009 17:31:43 | Transponder 053665660110 on 10/06/2009 17:12:20 at Okeechobee lane 60S with 02 axles. | TTOL | ($0.75) | $23.25 |
| 10/06/2009 17:47:46 | Transponder 053665660110 on 10/06/2009 17:26:06 at Bird Road SB ORT Lite lane 02S with 02 axles. | TTOL | ($0.75) | $22.50 |
| 10/07/2009 09:10:28 | Transponder 053665660110 on 10/07/2009 08:44:51 at Okeechobee lane 50S with 02 axles. | TTOL | ($0.75) | $21.75 |
| 10/07/2009 09:12:56 | Transponder 053665660110 on 10/07/2009 08:56:46 at Miramar lane 07D with 02 axles. | TTOL | ($0.75) | $21.00 |
| 10/07/2009 15:45:29 | Transponder 053665660110 on 10/07/2009 15:40:23 at Okeechobee lane 60S with 02 axles. | TTOL | ($0.75) | $20.25 |
| 10/07/2009 15:56:36 | Transponder 053665660110 on 10/07/2009 15:49:38 at Bird Road SB ORT Lite lane 02S with 02 axles. | TTOL | ($0.75) | $19.50 |
| 10/07/2009 16:19:22 | Transponder 053665660110 on 10/07/2009 08:39:19 at SR 836 West [97 Av West] lane 65S with 02 axles. | TTOL | ($0.75) | $18.75 |
| 10/08/2009 12:58:18 | Transponder 053665660110 on 10/08/2009 12:48:56 at Bird Road NB ORT Lite lane 03S with 02 axles. | TTOL | ($0.75) | $18.00 |
| 10/08/2009 13:12:14 | Transponder 053665660110 on 10/08/2009 12:56:09 at Okeechobee lane 50S with 02 axles. | TTOL | ($0.75) | $17.25 |
| 10/08/2009 13:20:18 | Transponder 053665660110 on 10/08/2009 13:08:34 at Miramar lane 07D with 02 axles. | TTOL | ($0.75) | $16.50 |
| 10/08/2009 18:06:27 | Transponder 053665660110 on 10/08/2009 17:36:38 at Okeechobee lane 60S with 02 axles. | TTOL | ($0.75) | $15.75 |
| 10/08/2009 18:16:36 | Transponder 053665660110 on 10/08/2009 17:52:00 at Bird Road SB ORT Lite lane 02S with 02 axles. | TTOL | ($0.75) | $15.00 |
| 10/08/2009 23:03:56 | Transponder 053665660110 on 10/08/2009 22:25:38 at Kendall Drive East/West lane 03D with 02 axles. | TTOL | ($0.25) | $14.75 |
| 10/09/2009 05:35:04 | Transponder 053665660110 on 10/08/2009 20:04:59 at South Dade - SR 874-- North lane 05D with 02 axles. | TTOL | ($1.00) | $13.75 |
| 10/09/2009 13:28:34 | Transponder 053665660110 on 10/09/2009 13:24:50 at Bird Road NB ORT Lite lane 03S with 02 axles. | TTOL | ($0.75) | $13.00 |
| 10/09/2009 13:36:40 | Transponder 053665660110 on 10/09/2009 13:31:48 at Okeechobee lane 50S with 02 axles. | TTOL | ($0.75) | $12.25 |
| 10/09/2009 13:49:40 | Transponder 053665660110 on 10/09/2009 13:44:45 at Miramar lane 07D with 02 axles. | TTOL | ($0.75) | $11.50 |
| 10/09/2009 19:21:20 | Transponder 053665660110 on 10/09/2009 18:51:50 at Golden Glades lane 09D with 02 axles. | TTOL | ($0.75) | $10.75 |
| 10/10/2009 02:42:21 | Transponder 053665660110 on 10/10/2009 01:50:43 at Golden Glades lane 04D with 02 axles. | TTOL | ($0.75) | $10.00 |
| 10/10/2009 03:50:23 | Transponder 053665660110 on 10/10/2009 03:10:13 at Okeechobee lane 60S with 02 axles. | TTOL | ($0.75) | $9.25 |
| 10/10/2009 04:28:29 | Transponder 053665660110 on 10/10/2009 03:16:32 at Bird Road SB ORT Lite lane 02S with 02 axles. | TTOL | ($0.75) | $8.50 |
| 10/12/2009 07:45:26 | Transponder 053665660110 on 10/12/2009 07:40:01 at Okeechobee lane 50S with 02 axles. | TTOL | ($0.75) | $7.75 |
| 10/12/2009 07:46:40 | Transponder 053665660110 on 10/12/2009 07:30:38 at Bird Road NB ORT Lite lane 03S with 02 axles. | TTOL | ($0.75) | $7.00 |
| 10/12/2009 08:02:20 | Transponder 053665660110 on 10/12/2009 07:53:08 at Miramar lane 07D with 02 axles. | TTOL | ($0.75) | $6.25 |
| 10/12/2009 16:36:53 | Transponder 053665660110 on 10/12/2009 16:26:37 at Okeechobee lane 60S with 02 axles. | TTOL | ($0.75) | $5.50 |
| 10/12/2009 16:40:02 | Transponder 053665660110 on 10/12/2009 16:34:42 at Bird Road SB ORT Lite lane 02S with 02 axles. | TTOL | ($0.75) | $4.75 |

## Financial Activity of Transponder 053665660110

| Process Date | Activity | Transaction Type | Amount | Running Balance |
|---|---|---|---|---|
| 10/12/2009 22:24:53 | Prepaid Replenishment - 053665660110 | REPL | $40.00 | $44.75 |
| 10/13/2009 08:14:29 | Transponder 053665660110 on 10/13/2009 08:02:19 at Okeechobee lane 50S with 02 axles. | TTOL | ($0.75) | $44.00 |
| 10/13/2009 08:25:38 | Transponder 053665660110 on 10/13/2009 07:50:31 at Bird Road NB ORT Lite lane 03S with 02 axles. | TTOL | ($0.75) | $43.25 |
| 10/13/2009 08:29:22 | Transponder 053665660110 on 10/13/2009 08:16:06 at Miramar lane 07D with 02 axles. | TTOL | ($0.75) | $42.50 |
| 10/13/2009 19:14:40 | Transponder 053665660110 on 10/13/2009 19:06:50 at Okeechobee lane 60S with 02 axles. | TTOL | ($0.75) | $41.75 |
| 10/13/2009 19:30:39 | Transponder 053665660110 on 10/13/2009 19:14:35 at Bird Road SB ORT Lite lane 02S with 02 axles. | TTOL | ($0.75) | $41.00 |
| 10/15/2009 09:59:40 | Transponder 053665660110 on 10/15/2009 09:51:15 at Okeechobee lane 50S with 02 axles. | TTOL | ($0.75) | $40.25 |
| 10/15/2009 10:18:36 | Transponder 053665660110 on 10/15/2009 09:43:25 at Bird Road NB ORT Lite lane 03S with 02 axles. | TTOL | ($0.75) | $39.50 |
| 10/15/2009 10:22:38 | Transponder 053665660110 on 10/15/2009 10:04:05 at Miramar lane 07D with 02 axles. | TTOL | ($0.75) | $38.75 |
| 10/16/2009 11:48:46 | Transponder 053665660110 on 10/16/2009 11:39:51 at Bird Road NB ORT Lite lane 03S with 02 axles. | TTOL | ($0.75) | $38.00 |
| 10/16/2009 11:50:33 | Transponder 053665660110 on 10/16/2009 11:47:03 at Okeechobee lane 50S with 02 axles. | TTOL | ($0.75) | $37.25 |
| 10/16/2009 12:06:32 | Transponder 053665660110 on 10/16/2009 11:59:25 at Miramar lane 07D with 02 axles. | TTOL | ($0.75) | $36.50 |
| 10/16/2009 13:02:53 | Transponder 053665660110 on 10/16/2009 12:36:43 at Cypress Creek lane 03B with 03 axles. | TTOL | ($1.50) | $35.00 |
| 10/16/2009 18:04:23 | Transponder 053665660110 on 10/16/2009 17:41:20 at Okeechobee lane 60S with 02 axles. | TTOL | ($0.75) | $34.25 |
| 10/16/2009 18:19:06 | Transponder 053665660110 on 10/16/2009 17:58:18 at Bird Road SB ORT Lite lane 02S with 02 axles. | TTOL | ($0.75) | $33.50 |
| 10/19/2009 09:59:43 | Transponder 053665660110 on 10/19/2009 09:55:49 at Okeechobee lane 50S with 02 axles. | TTOL | ($0.75) | $32.75 |
| 10/19/2009 10:07:48 | Transponder 053665660110 on 10/19/2009 09:48:28 at Bird Road NB ORT Lite lane 03S with 02 axles. | TTOL | ($0.75) | $32.00 |
| 10/19/2009 10:37:55 | Transponder 053665660110 on 10/19/2009 10:08:52 at Miramar lane 07D with 02 axles. | TTOL | ($0.75) | $31.25 |
| 10/19/2009 17:16:38 | Transponder 053665660110 on 10/19/2009 17:05:40 at Okeechobee lane 60S with 02 axles. | TTOL | ($0.75) | $30.50 |
| 10/19/2009 17:28:11 | Transponder 053665660110 on 10/19/2009 17:17:31 at Bird Road SB ORT Lite lane 02S with 02 axles. | TTOL | ($0.75) | $29.75 |
| 10/20/2009 10:43:54 | Transponder 053665660110 on 10/20/2009 10:21:57 at Bird Road NB ORT Lite lane 03S with 02 axles. | TTOL | ($0.75) | $29.00 |
| 10/20/2009 10:44:08 | Transponder 053665660110 on 10/20/2009 10:29:41 at Okeechobee lane 50S with 02 axles. | TTOL | ($0.75) | $28.25 |
| 10/20/2009 11:07:06 | Transponder 053665660110 on 10/20/2009 10:42:16 at Miramar lane 07D with 02 axles. | TTOL | ($0.75) | $27.50 |
| 10/20/2009 18:00:17 | Transponder 053665660110 on 10/20/2009 17:36:03 at Okeechobee lane 60S with 02 axles. | TTOL | ($0.75) | $26.75 |
| 10/20/2009 18:04:07 | Transponder 053665660110 on 10/20/2009 17:50:28 at Bird Road SB ORT Lite lane 02S with 02 axles. | TTOL | ($0.75) | $26.00 |
| 10/21/2009 07:53:26 | Transponder 053665660110 on 10/15/2009 18:51:44 at South Dade - SR 874 -- South lane 12B with 02 axles. | ITOL | ($1.00) | $25.00 |
| 10/21/2009 15:12:07 | Transponder 053665660110 on 10/21/2009 15:02:19 at Bird Road NB ORT Lite lane 03S with 02 axles. | TTOL | ($0.75) | $24.25 |
| 10/21/2009 15:15:53 | Transponder 053665660110 on 10/21/2009 15:09:44 at Okeechobee lane 50S with 02 axles. | TTOL | ($0.75) | $23.50 |
| 10/21/2009 15:43:26 | Transponder 053665660110 on 10/21/2009 15:23:10 at Miramar lane 07D with 02 axles. | TTOL | ($0.75) | $22.75 |
| 10/21/2009 19:05:57 | Transponder 053665660110 on 10/21/2009 18:38:06 at Bird Road SB ORT Lite lane 02S with 02 axles. | TTOL | ($0.75) | $22.00 |
| 10/21/2009 19:11:12 | Transponder 053665660110 on 10/21/2009 18:27:01 at Okeechobee lane 60S with 02 axles. | TTOL | ($0.75) | $21.25 |

CO. FILE DEPT. CLOCK NUMBER
YIF 102289 605304 187-0001

Earnings Statement

WB CARE CENTER LLC
DIP CASE # 09-26196-RBR
7751 W. BROWARD BLVD
PLANTATION, FL 33324

Period Ending: 10/31/2009
Pay Date: 11/13/2009

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  FL: No State Income Tax

PAULA MOSLEY
15900 SW 104TH CT
MIAMI FL 33167

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 38.4615 | 120.00 | 4,615.38 | 16,615.38 |
| Retroactive | | | | 307.69 |
| **Gross Pay** | | | **$4,615.38** | 16,923.07 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -896.88 | 3,086.22 |
| | Social Security Tax | -286.15 | 1,049.23 |
| | Medicare Tax | -66.92 | 245.38 |
| | Other | | |
| | Vision | -13.13 | 26.26 |
| | Reimburement | | -934.33 |
| | **Net Pay** | | **$3,352.30** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Personal Bal | | 21.78 |
| Sick Balance | | 52.30 |
| Vac Balance | | 80.00 |

Your federal taxable wages this period are $4,615.38

© 2000 ADP, Inc.