Debtor:     W.B. Care Center, LLC
            d/b/a West Broward Care Center

Case No.    09-26196-JKO

Motion For
Administrative Expense

Creditor:   Jacqueline B. Romano
            404 NW 55 CT
            Miami, Florida 33126

The following are expenses that have occurred following the filing of Chapter 11 in August 2009:

1) On November 12, 2009 expenses totaling $ 642.00 for the monthly 12 boost cell phone bill (see attached).

This is being submitted on January 29, 2010 by Jacqueline B. Romano.

```
           THE SHACK THANKS YOU.

              RADIOSHACK 01-8915
                  Airpark Plaza
                  5769 NW 7th St
                Miami, FL  33126-3105
                   (305) 261-5437


Order: 562589    11/10/2009  08:05P   Term #002
_____
                          Helped By:  123 (H M)
                          Entered By: 123 (H M)


 1025247  BSTPAYGO $20-99.99      1       50.00
 Enter Customers phone number:
 (954) 691-8837

 For Pay-As-You-Go and Boost Premium Prepaid
 plans, credits expire after 90 days from the date
 they were added to your account. Credits are
 non-transferable and non-refundable, and can only
 be used for the Boost Premium Prepaid and Boost
 Mobile Pay-As-You-Go services. Powered by Nextel.
 The credits in you Account Balance cannot exceed
 $300.

   TXN Ref Nbr: 000021280932
   Reference #: 11053803


 1025247  BSTPAYGO $20-99.99      1       50.00
 Enter Customers phone number:
 (954) 691-7917

 For Pay-As-You-Go and Boost Premium Prepaid
 plans, credits expire after 90 days from the date
 they were added to your account. Credits are
 non-transferable and non-refundable, and can only
 be used for the Boost Premium Prepaid and Boost
 Mobile Pay-As-You-Go services. Powered by Nextel.
 The credits in you Account Balance cannot exceed
 $300.

   TXN Ref Nbr: 000021280936
   Reference #: 11053819


 1025247  BSTPAYGO $20-99.99      1       50.00
 Enter Customers phone number:
 (954) 691-7451

 For Pay-As-You-Go and Boost Premium Prepaid
 plans, credits expire after 90 days from the date
 they were added to your account. Credits are
 non-transferable and non-refundable, and can only
 be used for the Boost Premium Prepaid and Boost
 Mobile Pay-As-You-Go services. Powered by Nextel.
 The credits in you Account Balance cannot exceed
 $300.

   TXN Ref Nbr: 000021280943
   Reference #: 11053835


 1025247  BSTPAYGO $20-99.99      1       50.00
 Enter Customers phone number:
 (954) 691-8841

 For Pay-As-You-Go and Boost Premium Prepaid
 plans, credits expire after 90 days from the date
 they were added to your account. Credits are
 non-transferable and non-refundable, and can only
 be used for the Boost Premium Prepaid and Boost
 Mobile Pay-As-You-Go services. Powered by Nextel.
 The credits in you Account Balance cannot exceed
 $300.

   TXN Ref Nbr: 000021280949
   Reference #: 11053854
```

# The Benefits[1] of Being Covered:

**Choice of Terms**
Plans are available in 1 or 2-year terms from the date you purchase the product.

**Includes Product Replacement**
No hassle replacement by phone or online. Call 1-800-433-5502 or go to www.rsserviceplan.com.

**Replace it Your Way**
We'll replace your product with a RadioShack Gift Card. It's yours to use any way you like, either in-store or online at www.RadioShack.com.

**Transferable**
If you sell your product to someone, any remaining time on your service plan can be transferred to that person. All you need to do is notify us in writing.

**Need Help with Something?**
Fast solutions to most problems are just a phone call away.

In Florida, the obligor is United Service Protection, Inc.

[1]Some exceptions and restrictions apply. Please see the enclosed terms and conditions for details.


RadioShack®

CEIPT FOR EASY REFERENCE!
NS CALL 1-800-433-5502

Continuation

```
TXN Ref Nbr: 000021280949
Reference #: 11053854

1025247  BSTPAYGO $20-99.99      1      50.00
Enter Customers phone number:
(954) 691-8846

For Pay-As-You-Go and Boost Premium Prepaid
plans, credits expire after 90 days from the date
they were added to your account. Credits are
non-transferable and non-refundable, and can only
be used for the Boost Premium Prepaid and Boost
Mobile Pay-As-You-Go services. Powered by Nextel.
The credits in you Account Balance cannot exceed
$300.

TXN Ref Nbr: 000021280956
Reference #: 11053882

1025247  BSTPAYGO $20-99.99      1      50.00
Enter Customers phone number:
(954) 691-8859

For Pay-As-You-Go and Boost Premium Prepaid
plans, credits expire after 90 days from the date
they were added to your account. Credits are
non-transferable and non-refundable, and can only
be used for the Boost Premium Prepaid and Boost
Mobile Pay-As-You-Go services. Powered by Nextel.
The credits in you Account Balance cannot exceed
$300.

TXN Ref Nbr: 000021280965
Reference #: 11053898

              Subtotal      300.00
              Tax    7.00%   21.00
              Total        321.00

              Credit Card  321.00

              Change Due     0.00

Acct# XXXXXXXXXXXX5830 N
Card Type VI
Tran# 11053999
Auth# 432989        321.00
Host Captured Y

the card holder identified hereon may apply the total
amount shown on this receipt to the appropriate account
to be paid according to its current terms.

I agree to pay above total according to card issuer
agreement.

Your name, address and the original sales receipt are
required for all refunds.  Sales and returns are
subject to the terms and conditions identified
on the back.

          Shop online 24/7 at
            www.radioshack.com


    ******************************
    *                            *
    *      THE SHACK             *
    *    IS NOW HIRING           *
    *   FOR THE HOLIDAYS!        *
```

## The Benefits[1] of Being Covered:

**Choice of Terms**
Plans are available in 1 or 2-year terms from the date you purchase the product.

**Includes Product Replacement**
No hassle replacement by phone or online. Call 1-800-433-5502 or go to www.rsserviceplan.com.

**Replace it Your Way**
We'll replace your product with a RadioShack Gift Card. It's yours to use any way you like, either in-store or online at www.RadioShack.com.

**Transferable**
If you sell your product to someone, any remaining time on your service plan can be transferred to that person. All you need to do is notify us in writing.

**Need Help with Something?**
Fast solutions to most problems are just a phone call away.

In Florida, the obligor is United Service Protection, Inc.

[1]Some exceptions and restrictions apply. Please see the enclosed terms and conditions for details.

**®RadioShack.**

ATTACH YOUR RECEIPT FOR EASY REFERENCE!

```
        THE SHACK THANKS YOU.

           RADIOSHACK 01-8915
              Airpark Plaza
              5769 NW 7th St
            Miami, FL 33126-3105
               (305) 261-5437


   Order: 562588   11/10/2009   08:00P   Term #002

                         Helped By:  123 (H M)
                         Entered By: 123 (H N)

   1025247  BSTPAYGO $20-99.99      1       50.00
   Enter Customers phone number:
   (954) 358-7708

   For Pay-As-You-Go and Boost Premium Prepaid
   plans, credits expire after 90 days from the date
   they were added to your account. Credits are
   non-transferable and non-refundable, and can only
   be used for the Boost Premium Prepaid and Boost
   Mobile Pay-As-You-Go services. Powered by Nextel.
   The credits in you Account Balance cannot exceed
   $300.

     TXN Ref Nbr: 000021280709
     Reference #: 11052891

   1025247  BSTPAYGO $20-99.99      1       50.00
   Enter Customers phone number:
   (954) 691-8850

   For Pay-As-You-Go and Boost Premium Prepaid
   plans, credits expire after 90 days from the date
   they were added to your account. Credits are
   non-transferable and non-refundable, and can only
   be used for the Boost Premium Prepaid and Boost
   Mobile Pay-As-You-Go services. Powered by Nextel.
   The credits in you Account Balance cannot exceed
   $300.

     TXN Ref Nbr: 000021280714
     Reference #: 11052904

   1025247  BSTPAYGO $20-99.99      1       50.00
   Enter Customers phone number:
   (954) 691-8861

   For Pay-As-You-Go and Boost Premium Prepaid
   plans, credits expire after 90 days from the date
   they were added to your account. Credits are
   non-transferable and non-refundable, and can only
   be used for the Boost Premium Prepaid and Boost
   Mobile Pay-As-You-Go services. Powered by Nextel.
   The credits in you Account Balance cannot exceed
   $300.

     TXN Ref Nbr: 000021280719
     Reference #: 11052924

   1025247  BSTPAYGO $20-99.99      1       50.00
   Enter Customers phone number:
   (954) 358-7707

   For Pay-As-You-Go and Boost Premium Prepaid
   plans, credits expire after 90 days from the date
   they were added to your account. Credits are
   non-transferable and non-refundable, and can only
   be used for the Boost Premium Prepaid and Boost
   Mobile Pay-As-You-Go services. Powered by Nextel.
   The credits in you Account Balance cannot exceed
   $300.

     TXN Ref Nbr: 000021280727
     Reference #: 11052951
```

## The Benefits[1] of Being Covered:

**Choice of Terms**
Plans are available in 1 or 2-year terms from the date you purchase the product.

**Includes Product Replacement**
No hassle replacement by phone or online. Call 1-800-433-5502 or go to www.rsserviceplan.com.

**Replace it Your Way**
We'll replace your product with a RadioShack Gift Card. It's yours to use any way you like, either in-store or online at www.RadioShack.com.

**Transferable**
If you sell your product to someone, any remaining time on your service plan can be transferred to that person. All you need to do is notify us in writing.

**Need Help with Something?**
Fast solutions to most problems are just a phone call away.

In Florida, the obligor is United Service Protection, Inc.

[1]Some exceptions and restrictions apply. Please see the enclosed terms and conditions for details.


RadioShack®

FOR EASY REFERENCE!
ALL 1-800-433-5502

```
Reference #: 11052951
1025247  BSTPAYGO $20-99.99           50.00
Enter Customers phone number:
(954) 358-7709

For Pay-As-You-Go and Boost Premium Prepaid
plans, credits expire after 90 days from the date
they were added to your account. Credits are
non-transferable and non-refundable, and can only
be used for the Boost Premium Prepaid and Boost
Mobile Pay-As-You-Go services. Powered by Nextel.
The credits in you Account Balance cannot exceed
$300.

TXN Ref Nbr: 000021280734
Reference #: 11052964

1025247  BSTPAYGO $20-99.99      1    50.00
Enter Customers phone number:
(954) 691-8844

For Pay-As-You-Go and Boost Premium Prepaid
plans, credits expire after 90 days from the date
they were added to your account. Credits are
non-transferable and non-refundable, and can only
be used for the Boost Premium Prepaid and Boost
Mobile Pay-As-You-Go services. Powered by Nextel.
The credits in you Account Balance cannot exceed
$300.

TXN Ref Nbr: 000021280738
Reference #: 11052978

              Subtotal        300.00
              Tax    7.00%     21.00
              Total           321.00

              Credit Card     321.00

              Change Due        0.00


Acct# xxxxxxxxxxxx5830 N
Card Type VI
Tran# 11053060
Auth# 432982         321.00
Host Captured Y

The card holder identified hereon may apply the total
amount shown on this receipt to the appropriate account
to be paid according to its current terms.

I agree to pay above total according to card issuer
agreement.

Your name, address and the original sales receipt are
required for all refunds. Sales and returns are
subject to the terms and conditions identified
on the back.

          Shop online 24/7 at
             www.radioshack.com


***************************
*                         *
*      THE SHACK          *
*    IS NOW HIRING        *
*   FOR THE HOLIDAYS!     *
*                         *
*    Apply online at      *
* www.jobsatradioshack.com*
*   or ask a Store Manager*
*      for details.       *
*        EOE/AA           *
***************************
```

## The Benefits[1] of Being Covered:

**Choice of Terms**
Plans are available in 1 or 2-year terms from the date you purchase the product.

**Includes Product Replacement**
No hassle replacement by phone or online. Call 1-800-433-5502 or go to www.rsserviceplan.com.

**Replace it Your Way**
We'll replace your product with a RadioShack Gift Card. It's yours to use any way you like, either in-store or online at www.RadioShack.com.

**Transferable**
If you sell your product to someone, any remaining time on your service plan can be transferred to that person. All you need to do is notify us in writing.

**Need Help with Something?**
Fast solutions to most problems are just a phone call away.