SCHEDULE 1

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

IN RE:                                          **Case No. 09-26196-BKC-JKO**
                                                **Chapter 11 Proceeding**

**W.B. CARE CENTER, LLC**

_____**Debtor./**_____

## SUMMARY OF 2nd INTERIM FEE APPLICATION

| NOTICE – HEARING REQUESTED ON AT LEAST 16 DAYS NOTICE RESPONSIVE PAPERS REQUIRED AND MANDATED BY LOCAL RULE 5005-1(F)(2) |
|---|

1.  Name of Applicant:    Soneet R. Kapila

2.  Role of Applicant:    Chapter 11 Examiner

3.  Name of Certifying Professional:    Soneet R. Kapila, CPA

4.  Date of Fee Application:    February 1, 2010

5.  Dates of Services Reimbursement Sought: 12/01/09 to 01/31/10

6.  Total Gross Amount of Requested Professional Fee:              $17,866.60

7.  Interim Fee Received:                                               0.00

8.  Remaining Non-Awarded Fee Retainer Received:                       0.00

9.  Remaining Non-Awarded Professional Fee Payments
    from Other Sources:                                                0.00

10. TOTAL NET AMOUNT OF REQUESTED PROFESSIONAL FEE:    $17,866.60

11. Total Gross Amount of Requested Reimbursement of Disbursements
    and Expenses for Application Period (From Schedule 2):     $   241.38

12. Interim Costs Received:                                            0.00

13. Remaining Non-Awarded Cost Retainer Received:                     0.00

14. Remaining Non-Awarded Other Cost Payments:                        0.00

15. TOTAL "NET" AMOUNT OF REQUESTED DISBURSEMENTS:     $   241.38

16. TOTAL GROSS REQUESTED AWARD (FEES & COSTS):       $18,107.98

17. TOTAL NET REQUESTED AWARD (FEES & COSTS):         $18,107.98

1

Schedule 2

| W.B. Care Center, LLC |
| --- |
| Chapter 11 Case No: 09-26196-BKC-JKO |

| Summary of Requested Reimbursement of Expenses and Disbursements Prepared in Accordance With and Allowable Under the Guidelines for Fees and Disbursements for Professionals in the Southern District of Florida Bankruptcy Cases |
| --- |

| | | |
| --- | --- | --- |
| 1. | Filing Fees | $      - |
| 2. | Process Service Fees | - |
| 3. | Witness Fees | - |
| 4. | Court Report and Transcripts | - |
| 5. | Lien and Title Searches | - |
| 6. | Photocopies:<br>a.  In-House (    copies @ $0.15)<br>b.  Outside copies | -  |
| 7. | Postage | 13.20 |
| 8. | Overnight Delivery Charges | 168.70 |
| 9. | Outside Courier/Messenger Services | - |
| 10. | Long Distance Telephone Charges | 59.48 |
| 11. | Long Distance Facsimile Charges | - |
| 12. | Computerterized Research | - |
| 13. | Out of Southern District of Florida Travel | - |
| 14. | Other (not specifically disallowed, must be specified) | - |
| | Total Gross Amount of Requested Disbursements | $ 241.38 |

**SCHEDULE 3**

W.B. Care Center, LLC
Case No. 09-26196-BKC-JKO
Case Information

1.   Date Case Filed:     August 5, 2009

2.   Date of Appointment of Chapter 11 Examiner:  December 1, 2009

3.   Date(s) and Source(s) of Retainer:          None

4.   Total Amount of Fee Retainer Received:      None

5.   Total Amount of Cost Retainer Received:     None

6.   Date of Disclosure of Compensation (FRBP 2016):    N/A

7.   Total Prior Interim Professional Fees Awarded:        $24,056.32

    A.   i.    Dates Covered by Application:    11/02/09 to 11/30/09

       ii.   Amount Requested:               $30,070.00

       iii.  Total Amount Awarded:           $24,056.32

       iv.   Amount of Use of Fee Retainer Approved:      N/A

       v.    Amount Above Use of Fee Retainer Approved: N/A

       vi.   Date Awarded:       12/21/09

       vii.  Amount Paid:        $24,056.32

8.   Total Prior Interim Costs Awarded:           $44.55

    A.   i.    Dates Covered by Application:    11/02/09 to 11/30/09

       ii.   Amount Requested:               $44.55

       iii.  Total Amount Awarded:           $44.55

       iv.   Amount of Use of Fee Retainer Approved:      N/A

       v.    Amount Above Use of Fee Retainer Approved: N/A

       vi.   Date Awarded:       12/21/09

       vii.  Amount Paid:        $44.55

9.   Total Professional Fee Payments From Other Sources:     None

10.  Total Cost Payments from Other Sources:                None

3

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

IN RE:                                      **Case No. 09-26196-BKC-JKO**
                                            **Chapter 11 Proceeding**

**W.B. CARE CENTER, LLC**

_____**Debtor.**/

## 2nd INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO CHAPTER 11 EXAMINER FOR THE PERIOD DECEMBER 1, 2009 THROUGH JANUARY 31, 2010

Soneet R. Kapila, C.P.A. (the "Applicant" or "Kapila"), the Chapter 11 Examiner (the "Examiner") of the Debtor, W.B. Care Center, LLC  (the "Debtor"), applies for Interim Allowance And Payment Of Compensation For Services Rendered And Reimbursement Of Expenses Incurred in this Chapter 11 proceeding, and respectfully represents:

**1    BACKGROUND OF CASE, RETENTION OF KAPILA & COMPANY DISCLOSURE OF COMPENSATION AND REQUESTED AWARD**

1.1    The Applicant is a Certified Public Accountant with offices located at 1000 South Federal Highway, Suite 200, Fort Lauderdale, Florida, 33316.  On December 1, 2009, the Applicant was appointed Examiner in these proceedings.

1.2    This application is submitted pursuant to §§ 330 and 503(b) of Title 11, United States Code (the "Bankruptcy Code"), for allowance to the Applicant as an administrative expense of $17,866.60 for accounting services performed and $241.38 for costs incurred from December 1, 2009 through January 31, 2010.

1.3    Applicant specifically reserves the right to file additional or supplemental fee

4

applications requesting awards of compensation and reimbursement of expenses for the period from February 1, 2010 through the liquidation of the Debtor's estate.

1.4    The Applicant has filed the following interim fee application:

| Date of Fee Application | Fees Requested | Fees Awarded | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|
| 11/02/09 to 11/30/09 | $30,070.40 | $24,056.32 | $44.55 | $44.55 |

1.5    This application is submitted in compliance with the Order Approving and Adopting Guidelines for Fees and Costs for Professionals, Administrative Order 92-7, dated January 22, 1992. Attached hereto as Exhibit D is the Certification by the Certifying Professional that all guidelines have been met.

## 2    PROCEEDINGS AND RELEVANT BACKGROUND

2.1    This case was commenced on August 5, 2009, by the filing of a petition under Chapter 11 of the Bankruptcy Code.

2.2    On August 5, 2009, the Debtor filed an adversary proceeding styled *W.B. Care Center, LLC v. Institutional Leasing 1, LLC, et al.* Adv. Pro. No. 09-01868 ("Preference Adversary") asserting preference claims under Bankruptcy Code § 547 against Institutional Leasing 1, LLC ("Institutional") and Millennium Management ("Millennium").

2.3    On August 5, 2009, the Debtor filed an adversary proceeding styled *W.B. Care Center LLC v. Institutional Leasing 1, LLC, et al.* Adv. Pro. No. 09-01865 ("Fraud Adversary") asserting, *inter alia*, fraud claims against Institutional and others (hereinafter, the "Institutional Parties").

2.4    The Debtor and Institutional entered into a series of agreed cash collateral

5

orders (D.E. #s 148, 150 and 157) covering a time period between August 5, 2009 and October 27, 2009 (the "Interim Cash Collateral Period"). However, Institutional asserted that the Debtor did not comply with the financial reporting requirements of the various cash collateral orders entered during the Interim Cash Collateral Period, and following the expiration of the period covered by the *Third Interim Order Granting Emergency Motion by Debtor-in-Possession pursuant to 11 U.S.C. §§ 105, 361, 362, and 363, Bankruptcy Rules 4001(b) and 6003, and Local Rules 4001-1, 9013-1(G) and 9014-1: (A) Authorizing Use of Cash Collateral; (B) Finding that Institutional Leasing I, LLC is Adequately Protected; and (C) Setting Final Hearing* (D.E. #158), Institutional refused to consent to the Debtor's further use of cash collateral.

2.5   Based on Institutional's assertion concerning the lack of financial reporting, Institutional would not consent to the use of cash collateral until the Court appointed an Examiner to oversee the Debtor's financial circumstances. After notice and a hearing, the Court appointed Soneet R. Kapila as Chapter 11 Examiner (D.E. #145 and 156) on December 1, 2009. Subsequently, the Court entered an Order directing the Examiner to facilitate a settlement conference between the Debtor, Timothy Reardon and the Institutional Parties (D.E. #164).

2.6   The Order Appointing Examiner ("Examiner Order") Pursuant to 11 U.S.C. § 1104(c) (C.P. 143) dated October 30, 2009, directed the Examiner to:

- Investigate the Debtor's financial affairs during the period of time from October 1, 2008 through October 27, 2009, beginning with and prioritizing the period of time from May 2009 through October, 2009.

6

- Meet and confer with the parties and appear in Court to testify as to his findings.

2.7    Subsequent to the Examiner Order being entered, the Court requested the Examiner to participate in mediation efforts between the Debtor and its Landlord. The Examiner conducted a mediation conference at his office on November 11 through 12, 2009.

2.8    On November 11, 2009, the Parties conducted a settlement conference at the office of the Examiner (the "Settlement Conference").    That Settlement Conference resulted in a settlement agreement (the "Settlement Agreement") which was placed before the Court for preliminary approval on November 12, 2009 and then again on November 19, 2009.

2.9    The Court entered an Order Preliminarily Approving Settlement Agreement on November 23, 2009.    The Settlement Agreement contained provisions that made the Examiner a co-signatory on the Debtor's bank accounts and also directed the Examiner to oversee the § 363 sale process of the Debtor's business operations.

2.10    On December 4, 2009 the Debtor filed a motion to modify the scope of Examiner Kapila's responsibility ("Debtor's Examiner Motion").

2.11    On December 23, 2009 the Court entered an Agreed Order granting the Debtor's Examiner Motion. The Examiner's revised responsibilities include i) supervision over the negotiation of any post-petition credit obtained by the Debtor, ii) supervision and management over all aspects of a sale of the Debtor's assets, if any, and (iii) oversight and supervision of John Heller and the Administrator, Zev Shemesh's day to day management

7

of the Debtor's operations. The Examiner was removed as a co-signatory on the financial accounts of the Debtor and John Heller was added as a co-signatory.

2.12  On December 23, 2009, the Debtor filed its Amended Motion to Compromise Controversy with Institutional Leasing which included a revised proposed Settlement Agreement between the Debtor and Institutional.

2.13  On January 7, 2010 the Court entered an Order Granting Debtor's Amended for Approval of Settlement Agreement Between Debtor, W.B. Care Center, LLC and Institutional Leasing, LLC.

## 3    EVALUATION OF SERVICES RENDERED

3.1    The Applicant has specifically performed the following services:

- Asset analysis/liquidation
- Business operations
- Business analysis

3.2    **Asset Analysis**
**Hours Expended:**              17.80
**Fees Requested:**           $2,942.60
**Blended Rate:**              $165.31

In accordance with the Court's orders, the Examiner is to supervise and manage all aspects of a sale of the Debtor's assets.  During the current period, the Examiner and his staff have preformed the following specific tasks related to marketing the Debtor's assets for sale:

- Prepared an executive summary and marketing due diligence package for prospective purchasers.
- Created a Virtual Data Room for prospective purchasers to obtain

8

due diligence information about the Debtor.

- Circulated promotional materials to potential buyers and interested parties.
- Responded to inquires of potential buyers and interested parties.

3.3 **Business Operations**
**Hours Expended:** 37.00
**Fees Requested:** $7,121.60
**Blended Rate:** $192.48

During the current period, the Applicant continued to be involved in the day to day treasury functions of the facility including monitoring payroll and accounts payable. The Applicant fielded calls on a regular basis from vendors regarding unpaid invoices and the status of the Debtor's business operations.

On December 4, 2009 the Debtor filed a motion to modify the scope of Examiner Kapila's responsibility ("Debtor's Examiner Motion"). On December 23, 2009 the Court entered an Agreed Order granting the Debtor's Examiner Motion. The Examiner's revised responsibilities include i) supervision over the negotiation of any post-petition credit obtained by the Debtor, ii) supervision and management over all aspects of a sale of the Debtor's assets, if any, and (iii) oversight and supervision of John Heller and the Administrator, Zev Shemesh's day to day management of the Debtor's operations. The Examiner was removed as a co-signatory on the financial accounts of the Debtor and John Heller was added as a co-signatory. The Examiner assisted with transitioning all bank accounts and treasury functions to John Heller.

3.4 **Business Analysis**
**Hours Expended:** 19.30
**Fees Requested:** $6,624.40
**Blended Rate:** $343.23

9

The Examiner participated in numerous e-mail exchanges, telephone conferences and court hearings regarding the Settlement Agreement between the Debtor and Institutional.  The Examiner reviewed all pleadings and agreements related to debtor in possession financing.    The Examiner monitored the progress of the parties to the Settlement Agreement in order to ensure an efficient exit plan from bankruptcy was being pursued by all parties involved.

During the current period, the Examiner became aware of certain misconduct by the Debtor's former management and reported such conduct to the appropriate parties.

| 3.5 | **Fee Application** | |
|---|---|---|
| | **Hours Expended:** | 5.50 |
| | **Fees Requested:** | $1,178.00 |
| | **Blended Rate:** | $214.18 |

With regard to Fee Applications, before any fee application is presented to the Court, it must be drafted, checked against the contemporaneous time records, and verified for compliance with applicable legal requirements.  This fee application is believed to be in full conformity with the Administrative Order.  The Applicant has not included all the time of senior professionals which is necessarily required in the preparation of this fee application.  However, the time of some administrative personnel has been incorporated.

3.6     The foregoing contains a summary of the significant time the Applicant has furnished the Estate.  In the remainder of this application, the Applicant has attempted to allocate its time into the categories required by Administrative Order 92-7 dated January 22, 1992 governing fee applications filed in the United States Bankruptcy Court in and for the Southern District of Florida (the "Administrative Order").

10

## 4    VALUATION OF SERVICES

4.1     The Applicant has expended approximately 79.60 hours from December 1, 2009 through January 31, 2010 in performing necessary and beneficial services.

4.2     Annexed hereto as Exhibit A is a composite summary of total time expended from December 1, 2009 through January 31, 2010, the hourly billing rates of the professionals and paraprofessionals involved, the number of hours billed and the dollar value of services rendered, and the year that each professional was licensed to practice. Annexed hereto as Exhibit B is a copy of the Applicant's time charges by activity code and time detail in this case for the period.  Annexed hereto as Exhibit C are copies of the Applicant's time charge detail and activity code extended list in this case for the period from December 1, 2009 through January 31, 2010.  A certain amount of inter and intra office conferences are not only unavoidable, but are desirable and, therefore, reimbursable.  See e.g., In re:  Frontier Airlines, Inc. 74BR 973 (Bankruptcy D Colo 1987).  Frontier Airlines held that where multiple professionals are engaged in functions which are primarily interrelated and cannot "***be carried out without some degree of coordination and communication***, intraoffice conferences among professional are not only expected but are necessary, and there is no reason why compensation should not be provided for such services."

4.3     The foregoing has described the nature and extent of the professional services the Applicant rendered in connection for which the Applicant seeks compensation by this application.  The recitals set forth in the time accounting by activity code attached hereto as Exhibit B constitute only a summary of the time spent.  A mere reading of such

11

summary cannot completely reflect the full range of service the Applicant has rendered and the complexity of the issues and the pressures of time and performance which were placed on the Applicant in connection with the case.

4.4     Based on the standards set forth in § 330 of the Bankruptcy Code, including without limitation the nature and extent of the services, the cost of comparable services in a non-bankruptcy case, and the value of such services and results obtained, the Applicant believes that the fair and reasonable value of its services from December 1, 2009 through January 31, 2010 is $17,866.60 for accounting services performed and $241.38 for expenses incurred.

## 5    FIRST COLONIAL CONSIDERATIONS

5.1     The Applicant's services have been rendered timely and in an efficient manner and facilitated the efficient administration of these proceedings.

5.2     The Applicant has demonstrated a high degree of skill in bankruptcy matters, accounting practices, business practices and management, as well as investigatory and other accounting skills in conjunction with performing its services in these proceedings.

5.3     The Applicant has not been precluded from other engagements because of his appointment in this proceeding. Had Applicant not accepted this matter, it would have devoted its time to other matters for which it would have been compensated by clients on a current monthly basis.

5.4     The Applicant rendered services at its customary hourly rate, more fully set forth on the attached exhibits, and such customary hourly rate is competitive within the bankruptcy practice in the community, and in some instances, lower than rates billed by the

12

Applicant to other clients.

5.5     The Applicant's fee is contingent on approval by the Court pursuant to § 330 of the Bankruptcy Code.

5.6     The Applicant has rendered assistance and consultation to the Estate during these proceedings in an efficient and cost-effective manner, as reflected in the amount of compensation sought by the Applicant.

5.7     The Applicant is highly regarded in the community and enjoys a fine reputation. Soneet R. Kapila has been providing accounting services for over ten years. He is a Certified Public Accountant, a Certified Fraud Examiner, a Certified Insolvency Restructuring Advisor (CIRA) and Certified in Financial Forensics. He was awarded the Bronze Medal for the third highest score in the country in 1996 for passing the CIRA examination. Melissa Davis is a Certified Public Accountant, a Certified Fraud Examiner, and a Certified Insolvency Restructuring Advisor (CIRA).

5.8     The Applicant's engagement has not been "undesirable" as defined in Johnson v. Georgia Highway Express, Inc., 455 F.2d 714 (5th Cir. 1974).

5.9     The Applicant does not hold or represent any interest materially adverse to the interests of the estate or any class of creditors or equity security holders on the matters in which the Applicant is engaged.

5.10    The Applicant believes that the compensation sought herein is consistent and similar to other awards in proceedings of this nature.

5.11    Accordingly, the Applicant respectfully requests that it be awarded the sum of $17,866.60 for accounting services performed and $241.38 as expenses incurred as

compensation for services rendered through January 31, 2010, as Chapter 11 Examiner, as an expense of administration under § 503(b) of the Bankruptcy Code. The Debtor's estate has cash funds available for payment of professional fees. The Applicant seeks payment of the requested award of compensation and reimbursement from this available cash.

5.12    No agreement or understanding exists between the Applicant and any other person for a sharing of compensation to be awarded by the Court except among shareholders or regular associates of the Applicant's firm as provided by § 504(b) of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, the Applicant respectfully requests that it be awarded as an administrative expense the sum of $17,866.60 for accounting services performed and $241.38 for expenses incurred through January 31, 2010.

Dated this 1st day of February, 2010.

> Soneet R. Kapila, Examiner
> 1000 South Federal Highway, #200
> Fort Lauderdale, Florida  33316
> 954/761-1011
>
>
> BY:  /s/Soneet R. Kapila
> Soneet R. Kapila, C.P.A.

14

**W.B. Care Center, LLC**
**Case No. 09-26196-BKC-JKO**
**2nd Interim Fee Application**
**December 1, 2009 to January 31, 2010**
**Summary of Professional & Paraprofessional Time**

| Name | Year Licensed/ Experience | Hours | Hourly Rate | Total Fees |
|------|---------------------------|-------|-------------|------------|
| **Professionals** | | | | |
| | | | | |
| Soneet R. Kapila, Partner, CPA[1], CIRA, CFE, CFF | 1983 | 10.50 | 490 | $  5,145.00 |
| Melissa Davis, Partner, CPA[1], CIRA, CFE | 2002 | 11.30 | 312/320 | 3,533.60 |
| Suruchi K. Banez, Forensic Consultant, CPA[1], CIRA, CFE | 2004 | 26.80 | 196/204 | 5,272.00 |
| David S. Greenblatt, Forensic Analyst | 8 years | 8.00 | 110 | 880.00 |
| | | | | |
| | | 56.60 | | 14,830.60 |
| | | | | |
| **Paraprofessionals** | | | | |
| | | | | |
| Michelle S. Sams | 25 years | 4.00 | 132 | 528.00 |
| Meredith Walker | 10 years | 19.00 | 132 | 2,508.00 |
| | | | | |
| | | 23.00 | | 3,036.00 |
| | | | | |
| | | 79.60 | | $ 17,866.60 |

| | | |
|---|---|---|
| Total Hours by Professional & Paraprofessionals | | 79.60 |
| "Blended" Hourly Rate | | $     224.45 |
| Total Professional & Paraprofessional Fees | | $ 17,866.60 |

CPA - Certified Public Accountant, Regulated by the State of Florida
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics

(1)  Regulated by the State of Florida.

Exhibit B

**W.B. Care Center, LLC**
**Case No. 09-26196-BKC-JKO**
**2nd Interim Fee Application**
**December 1, 2009 to January 31, 2010**
**Summary of Professional & Paraprofessional Time**

| Position | Name | Hours | Hourly Rate | Total Fees |
|---|---|---|---|---|
| **Asset Analysis/Liquidation** | | | | |
| Partner | S. Kapila | 0.50 | 490 | $ 245.00 |
| Partner | M. Davis | 2.30 | 312 | 717.60 |
| Paraprofessional | M. Walker | 15.00 | 132 | 1,980.00 |
| | | 17.80 | 165.31 | 2,942.60 |
| **Business Operations** | | | | |
| Partner | M. Davis | 4.80 | 312/320 | 1,498.40 |
| Forensic Consultant | S. Banez | 24.20 | 196 | 4,743.20 |
| Forensic Analyst | D. Greenblatt | 8.00 | 110 | 880.00 |
| | | 37.00 | 192.48 | 7,121.60 |
| **Business Analysis** | | | | |
| Partner | S. Kapila | 9.00 | 490 | 4,410.00 |
| Partner | M. Davis | 3.70 | 312/320 | 1,157.60 |
| Forensic Consultant | S. Banez | 2.60 | 196/204 | 528.80 |
| Paraprofessional | M. Walker | 4.00 | 132 | 528.00 |
| | | 19.30 | 343.23 | 6,624.40 |
| **Fee Application** | | | | |
| Partner | S. Kapila | 1.00 | 490 | 490.00 |
| Partner | M. Davis | 0.50 | 320 | 160.00 |
| Paraprofessional | M. Sams | 4.00 | 132 | 528.00 |
| | | 5.50 | 214.18 | 1,178.00 |
| | | 79.60 | 224.45 | $ 17,866.60 |

EXHIBIT C

*Kapila & Company*

# Billing Worksheet
## Sunday, January 31, 2010
### January 1, 1900 - January 31, 2010

**13003**　　W.B. CARE CENTER, LLC dba W BR
　　　　　　W.B. CARE CENTER LLC dba WEST BROWARD CARE CENTER

| 13003 | W.B. CARE CENTER, LLC dba W BR | | | Time & Expenses Available to be billed | | |
|-------|----------|------|------|----------|--------|-------------|
| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |

### ASSET ANALYSIS/LIQUIDATION

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|-------|----------|------|------|-----------|--------|-------------|
| MMD | 619 | 12/03/09 | 312.00 | 0.70 | 218.40 | PREPARE MARKETING MATERIALS PACKAGE FOR DUE DILIGENC PURPOSES. |
| MW | 619 | 12/09/09 | 132.00 | 4.50 | 594.00 | RESEARCH AND DEVELOP FACT SHEET FOR SALE OF NURSING HOME. CIRCULATE TO SONEET AND MELISSA. |
| MMD | 619 | 12/14/09 | 312.00 | 0.40 | 124.80 | CONTINUE TO PREPARE MARKETING MATERIALS |
| MMD | 619 | 12/16/09 | 312.00 | 1.20 | 374.40 | FINALIZE DOCUMENT INDEX FOR MARKETING DATA VDR AND REVISIONS TO FACT SHEET. |
| MW | 619 | 12/30/09 | 132.00 | 2.50 | 330.00 | CIRCULATE E-MAIL AND LETTER FOR MARKETING CAMPAIGN. SEND TO BUYERS, INTERESTED PARTIES, ETC. |
| MW | 619 | 01/06/10 | 132.00 | 1.50 | 198.00 | TEND TO MARKETING EFFORTS ON SALE OF BUISNESS LEASE |
| MW | 619 | 01/07/10 | 132.00 | 1.00 | 132.00 | TEND TO MARKETING EFFORTS ON SALE OF BUSINESS |
| MW | 619 | 01/12/10 | 132.00 | 1.00 | 132.00 | TEND TO MARKETING EFFORTS |
| MW | 619 | 01/19/10 | 132.00 | 1.00 | 132.00 | RESPOND TO INQUIRIES ON SALE OF ASSETS |
| MW | 619 | 01/25/10 | 132.00 | 2.00 | 264.00 | TEND TO MARKETING EFFORTS ON SALE OF LEASE. SEND OUT CA. FIELD QUESTIONS FROM POTENTIAL BUYERS. |
| SRK | 619 | 01/27/10 | 490.00 | 0.30 | 147.00 | ATTEND TO EMAILS RE MARKETING OF ASSET |
| MW | 619 | 01/27/10 | 132.00 | 1.50 | 198.00 | TEND TO MARKETING EFFORTS FOR SALE OF LEASE |
| SRK | 619 | 01/29/10 | 490.00 | 0.20 | 98.00 | ATTEND TO EMAILS RE MARKETING AND PROSPECTS |
| **ASSET ANALYSIS/LIQUIDATION Totals** | | | | **17.80** | **2,942.60** | |

### BUSINESS OPERATIONS

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|-------|----------|------|------|-----------|--------|-------------|
| MMD | 715 | 12/02/09 | 312.00 | 0.30 | 93.60 | ATTEND TO E-MAILS RE PARK SHORE WIRE AND PAYABLES. |
| MMD | 715 | 12/03/09 | 312.00 | 0.60 | 187.20 | REVIEW UPDATED PAYABLES DATA AND SEND TO MILLENNIUM FOR BUDGET AND PAYMENT PURPOSES. |
| MMD | 718 | 12/04/09 | 312.00 | 0.10 | 31.20 | RESPOND TO E-MAILS RE UNION MATTER. |
| DSG | 715 | 12/07/09 | 110.00 | 0.40 | 44.00 | PREPARE CHECKS FOR VARIOUS INVOICES |
| MMD | 718 | 12/07/09 | 312.00 | 0.20 | 62.40 | REVIEW E-MAILS RE AP AND RESPOND |
| SKB | 715 | 12/08/09 | 196.00 | 0.80 | 156.80 | ADDRESS EMAILS FROM M. MATA REGARDING CHECKS ISSUED AND COORDINATE RECORDING OF THE SAME. PROVIDE UPDATED FORM 2 TO NOTIFY PAYABLES TEAM ON AVAILABLE BALANCE. |
| MMD | 718 | 12/08/09 | 312.00 | 0.60 | 187.20 | REVIEW COMMENTS REGARDING DIP FINANCING BUDGET |
| MMD | 718 | 12/08/09 | 312.00 | 0.20 | 62.40 | FOLLOW UP WITH DEBTOR REGARDING VISTA HEALTH PLAN PAYMENT. |
| MMD | 718 | 12/08/09 | 312.00 | 0.20 | 62.40 | RESPOND TO E-MAIL RE HOLIDAY PARTY BUDGET |
| MMD | 718 | 12/08/09 | 312.00 | 0.60 | 187.20 | T/C WITH H. FRUHMAN RE BUDGETING MATTERS. |
| MMD | 718 | 12/08/09 | 312.00 | 0.40 | 124.80 | E-MAILS RE PROFESSIONAL FEES FOR BUDGET PURPOSES. |

*Kapila & Company*

# Billing Worksheet
## Sunday, January 31, 2010
### January 1, 1900 - January 31, 2010

13003      W.B. CARE CENTER, LLC dba W BR          **Time & Expenses Available to be billed**

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|-------|----------|------|------|-----------|--------|-------------|
| MMD | 718 | 12/08/09 | 312.00 | 0.60 | 187.20 | REVIEW DIP BUDGET |
| SKB | 715 | 12/09/09 | 196.00 | 0.90 | 176.40 | PARTICIPATE IN CALL WITH Z. SHEMESH REGARDING PAYMENT OF PAYABLES AND PROCESS GOING FORWARD. COORDINATE RECORDING OF CHENEY BROTHER'S PAYMENT WITH D. GREENBLATT. SEND DAILY FORM 2 WITH NEW ACTIVITY TO PAYABLES TEAM. |
| SKB | 718 | 12/10/09 | 196.00 | 2.30 | 450.80 | ADDRESS VARIOUS BANKING MATTERS AND COORDINATE RECORDING OF TRANSACTION INCLUDING MEDICARE DEPOSIT, PAYROLL WIRE, AND VARIOUS DEPOSITS INTO ACCOUNT. ADDRESS CALL FROM Z. SHEMESH REGARDING RELEASE OF CHECKS FOR VARIOUS PAYABLES. |
| DSG | 715 | 12/10/09 | 110.00 | 1.30 | 143.00 | DISCUSS CASE W/ S BANEZ, UPDATE BANKING LEDGER TO INCLUDE ALL CHECKS AND DEPOSITS MADE BY OUTSIDE SOURCE |
| SKB | 718 | 12/11/09 | 196.00 | 0.70 | 137.20 | COORDINATE TRANSFER OF FUNDS FROM WB CARE ACCOUNT TO JP MORGAN ACCOUNT WITH H. FRUHMAN AND PAYMENT OF PAYABLES PER MARIA MATA AND ZEV SHEMESH'S REQUESTS. |
| SKB | 718 | 12/11/09 | 196.00 | 1.90 | 372.40 | ADDRESS ISSUE WITH JC DEONA AT REGIONS BANK AND H. FRUHMAN REGARDING UNAUTHORIZED TRANSFER OUT OF FUNDS BY TIM REARDON. |
| MMD | 718 | 12/11/09 | 312.00 | 0.30 | 93.60 | REVIEW E-MAILS REGARDING $50,000 TRANSFER TO REARDON. |
| DSG | 715 | 12/14/09 | 110.00 | 0.80 | 88.00 | UPDATE BANKING LEDGER WITH CHECKS WRITTEN AT OTHER LOCATION |
| SKB | 715 | 12/14/09 | 196.00 | 1.60 | 313.60 | COORDINATE PAYMENT AND RECORDING OF DEPOSITS AND PAYABLES INCLUDING WIRE TO WASTE MANAGEMENT. NOTIFY Z. SHEMESH TO RELEASE CHECKS FOR PAYABLES. SEND FORM 2 WITH DAILY ACCOUNT BALANCE TO TRANSACTION TEAM. |
| SKB | 718 | 12/14/09 | 196.00 | 1.60 | 313.60 | FOLLOW-UP WITH BANK REGARDING UNAUTHORIZED TRANSFER OUT TO TIM REARDON AND ADDRESS QUESTIONS FROM SRK REGARDING THE SAME. COORDINATE AND CONFIRM TRANSFER OF FUNDS TO JP MORGAN ACCOUNT. |
| MMD | 718 | 12/14/09 | 312.00 | 0.20 | 62.40 | REVIEW AND RESPOND TO E-MAILS RE UNION AND OPERATIONS MATTERS. |
| MMD | 718 | 12/14/09 | 312.00 | 0.40 | 124.80 | E-MAILS RE PAYABLES WITH MILLENNIUM |
| SKB | 715 | 12/15/09 | 196.00 | 1.30 | 254.80 | COORDINATE PAYMENT AND RECORDING OF PAYABLES, DEPOSIT ENTRIES AND VOIDED CHECKS PER MARIA MATA. COORDINATE ISSUANCE OF WIRE TO PAY HEALTHPLAN INC. AND SEND FORM 2 TO CASH TRANSACTION TEAM TO REPORT DAILY CASH BALANCE. |
| DSG | 715 | 12/15/09 | 110.00 | 0.60 | 66.00 | PREPARE WIRE TRANSFER, UPDATE BANKING LEDGER TO REFLECT ACTIVITY DONE AT OUTSIDE OFFICE |
| SKB | 715 | 12/16/09 | 196.00 | 0.20 | 39.20 | ADDRESS EMAIL FROM Z. SHEMESH REGARDING HEALTHPLAN WIRE. |
| SKB | 715 | 12/16/09 | 196.00 | 0.20 | 39.20 | ADDRESS EMAIL FROM Z. SHEMESH REGARDING HOLIDAY PARTY PAYMENT REQUEST. |
| SKB | 715 | 12/17/09 | 196.00 | 1.30 | 254.80 | RESEARCH AND CORRECT WASTE MANAGEMENT PAYMENT ISSUES AND ADDRESS EMAIL TO CONFIRM CORRECT ACCOUNTING OF TRANSACTIONS REGARDING THE SAME. CONTACT BANK TO APPROVE WASTE MANAGEMENT WIRE. |

*Kapila & Company*

## Billing Worksheet
### Sunday, January 31, 2010
### January 1, 1900 - January 31, 2010

13003       W.B. CARE CENTER, LLC dba W BR          **Time & Expenses Available to be billed**

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|-------|----------|------|------|-----------|--------|-------------|
| SKB | 718 | 12/17/09 | 196.00 | 1.50 | 294.00 | ADDRESS EMAIL TO M. WALKER REGARDING BACKGROUND ON UNAUTHORIZED TRANSFER OUT FROM REGIONS ACCOUNT AND RESEARCH INFORMATION REQUESTED BY M. WALKER TO COMPLETE REPORT ON THE SAME. REVIEW AND REVISE REPORT DRAFTED BY M. WALKER TO CONFIRM FACTS OF TRANSACTION AND PARTICIPATE IN CALL WITH M. WALKER REGARDING THE SAME. |
| DSG | 715 | 12/17/09 | 110.00 | 1.20 | 132.00 | UPDATE BANKING LEDGERS FROM BANK TRASNMISSION, DETERMINE AMOUNTS SENT TO WASTE MANAGEMENT |
| DSG | 715 | 12/21/09 | 110.00 | 2.10 | 231.00 | REVIEW BANKING LEDGER AND UPDATE WITH INFO RECEIVED FROM BANK, CONTACT BANK REGARDING UNKNOWN ENTRIES |
| SKB | 718 | 12/21/09 | 196.00 | 0.80 | 156.80 | FOLLOW UP WITH MILLENNIUM ON VARIOUS BANK ACCOUNT CLEAN UP MATTERS INCLUDING MISSING CHECKS CLEARING BANK ACCOUNT, WASTE MANAGEMENT ACH DEBIT THAT NEVER HIT ACCOUNT AND ACH CREDIT ISSUED ON DECEMBER 17, 2009. COORDINATE PROCESSING OF ENTRIES IN TRUSTWORKS AND DISTRIBUTE DAILY FORM 2 ACTIVITY TO CASH ACTIVITY TEAM. |
| SKB | 718 | 12/22/09 | 196.00 | 0.80 | 156.80 | COORDINATE ISSUANCE OF PAYROLL WIRE AND ADDRESS EMAILS REGARDING THE SAME. CONFIRM RECEIPT OF FUNDING FOR PAYROLL. |
| SKB | 718 | 12/23/09 | 196.00 | 3.10 | 607.60 | ADDRESS EMAILS REGARDING PAYROLL WIRES AND ISSUE ADJUSTMENT OF PAYROLL. ADDRESS T/C FROM Z. SHEMESH REGARDING PAYROLL WIRES AND COMMUNICATE WITH BANK TO ENSURE PROCESSING. ADDRESS EMAILS REGARDING TRANSFER OF ACCOUNTS AND TRUSTWORKS ACCOUNTING TO J. HELLER. |
| DSG | 715 | 12/23/09 | 110.00 | 1.60 | 176.00 | UPDATE BANKING LEDGERS WITH DEPOSITS/CHECKS |
| SKB | 718 | 12/29/09 | 196.00 | 2.30 | 450.80 | T/C WITH LISA OWENS FROM MARCHUM RACHLIN REGARDING TRUSTWORKS ACCOUNT TRANSITION AND INSTRUCTIONS ON FORM 2 PROCESSING AND ENTRIES. COORDINATE TRANSITION OF ACCOUNTING AND ADDRESS EMAILS REGARDING THE SAME. |
| SKB | 718 | 12/30/09 | 196.00 | 2.90 | 568.40 | T/C WITH LISA OWENS FROM MARCHUM RACHLIN REGARDING ACCOUNT TRANSITION AND TRANSFER OF SIGNATORY. COORDINATE TRANSITION OF BANK ACCOUNTS AND ADDRESS EMAILS REGARDING THE SAME. |
| MMD | 718 | 01/06/10 | 320.00 | 0.10 | 32.00 | RESPOND TO E-MAIL FROM VENDOR |
| **BUSINESS OPERATIONS Totals** | | | | **37.00** | **7,121.60** | |

### TIME ANALYSIS

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|-------|----------|------|------|-----------|--------|-------------|
| SRK | 736 | 12/08/09 | 490.00 | 0.50 | 245.00 | ATTEND TO FIRST INTERIM FEE APP |
| SRK | 736 | 12/21/09 | 490.00 | 0.50 | 245.00 | ATTEND FEE HEARING |
| MSS | 736 | 01/26/10 | 132.00 | 4.00 | 528.00 | PREPARE INTERIM FEE APP |
| MMD | 736 | 01/26/10 | 320.00 | 0.50 | 160.00 | REVIEW AND REVISE FEE APPLICATION. |
| **TIME ANALYSIS Totals** | | | | **5.50** | **1,178.00** | |

### BUSINESS ANALYSIS (BANKRUPTCY)

*Printed by MSS on 2/1/2010 at 11:10 AM*

*Kapila & Company*

## Billing Worksheet
### Sunday, January 31, 2010
### January 1, 1900 - January 31, 2010

13003      W.B. CARE CENTER, LLC dba W BR          **Time & Expenses Available to be billed**

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|---|---|---|---|---|---|---|
| SRK | 749 | 12/01/09 | 490.00 | 0.30 | 147.00 | ATTEND TO RELEASE AND RETRACTION DOCUMENTS - REVIEW / READ; T/C W/P. REDMOND, R. CHARBONNEAU, W. TRUEKA, J. TABAS, M. DAVIS RE CASE STATUS |
| SRK | 749 | 12/03/09 | 490.00 | 0.40 | 196.00 | ATTEND TO NUMEROUS EMAILS RE STATUS OF CASE |
| MMD | 749 | 12/03/09 | 312.00 | 0.10 | 31.20 | RESPOND TO E-MAILS RE EMPLOYEE RECORDS |
| SRK | 749 | 12/04/09 | 490.00 | 0.40 | 196.00 | T/C W/R. CHARBONNEAU, DAVID ROTHENSTEIN AND EMAILS RE MOTIONS, ORDERS AND PROGRESS |
| SRK | 749 | 12/05/09 | 490.00 | 0.60 | 294.00 | REVIEW MOTIONS TO 1) MODIFY EXAMINER ROLE 2) EXPAND HELLER ROLE/SCOPE 3) USE CASH COLLATERAL |
| SRK | 749 | 12/07/09 | 490.00 | 0.30 | 147.00 | REVIEW DIP FINANCING MOTION AND EMAIL COMMENTS TO COUNSEL |
| SRK | 749 | 12/09/09 | 490.00 | 0.20 | 98.00 | ATTEND TO NUMEROUS EMAILS RE BUDGETS - DIP FINANCING |
| MMD | 749 | 12/10/09 | 312.00 | 0.40 | 124.80 | RESPOND TO E-MAILS REGARDING PAYABLES AND BUDGET MATTERS. |
| MMD | 749 | 12/10/09 | 312.00 | 0.10 | 31.20 | T/C WITH Z. SHEMESH REGARDING VENDOR ISSUES |
| SRK | 749 | 12/14/09 | 490.00 | 1.30 | 637.00 | ATTEND HEARINGS AND F/U W/M. DAVIS |
| MMD | 749 | 12/14/09 | 312.00 | 0.20 | 62.40 | ATTEND TO E-MAILS REGARDING WIRE TRANSFER TO REARDON. |
| MMD | 749 | 12/16/09 | 312.00 | 0.20 | 62.40 | ATTEND TO E-MAILS RE TREASURY AND CASH FLOW. |
| MW | 745 | 12/17/09 | 132.00 | 2.00 | 264.00 | PREPARE DRAFT OF CRIMINAL REFERRAL |
| SRK | 749 | 12/17/09 | 490.00 | 0.20 | 98.00 | DRAFT CRIMINAL REFERRAL TO UST |
| SKB | 745 | 12/18/09 | 196.00 | 0.20 | 39.20 | FOLLOW UP WITH M. MARTA ON MISSING CHECKS. |
| MW | 749 | 12/18/09 | 132.00 | 1.20 | 158.40 | REVISE DRAFT OF CRIMINAL REFERRAL. |
| SRK | 749 | 12/21/09 | 490.00 | 1.10 | 539.00 | READ / REVIEW DRAFTS OF SETTLEMENT AGREEMENT, DIP REVOLVING CREDIT FACILITY & PROVIDE COMMENTS TO COUNSEL |
| MMD | 749 | 12/21/09 | 312.00 | 0.20 | 62.40 | PROVIDE UNION DOCUMENTS TO J. HELLER |
| SRK | 749 | 12/22/09 | 490.00 | 2.10 | 1,029.00 | T/C W/REDMOND & CHARBONNEAU RE SETTLEMENT MOTION AND DIP AGREEMENT; FOLLOW-UP SECOND ALL RE SAME; REVIEW REVISED DRAFT OF SETTLEMENT AGREEMENT AND DIP MOTION; T/C W/CHARBONNEAU |
| MMD | 741 | 12/29/09 | 312.00 | 0.30 | 93.60 | T/C WITH UST REGARDING CASE STATUS AND FOLLOW UP WITH EXAMINER RE SAME. |
| MMD | 742 | 12/30/09 | 312.00 | 1.80 | 561.60 | PREPARE FOR AND ATTEND COURT HEARING REGARDING SETTLEMENT AGREEMENT. |
| SRK | 749 | 01/03/10 | 490.00 | 0.20 | 98.00 | ATTEND TO EMAILS RE CASE STATUS |
| SRK | 749 | 01/04/10 | 490.00 | 0.30 | 147.00 | REVIEW DRAFT ORDER RE SETTLEMENT MOTION |
| SRK | 749 | 01/04/10 | 490.00 | 0.50 | 245.00 | ATTEND DIP MOTION HEARING BY PHONE |
| SKB | 745 | 01/04/10 | 204.00 | 0.30 | 61.20 | ADDRESS EMAIL REGARDING PATIENT CARE DEPOSITS WITH J. HELLER AND L. OWENS. |
| SKB | 749 | 01/04/10 | 204.00 | 0.30 | 61.20 | CONFIRM WITH AMD WHETHER 1099 FORMS WILL BE PREPARED BY DEBTOR. |
| SRK | 749 | 01/05/10 | 490.00 | 0.20 | 98.00 | REVIEW DRAFT ORDER RE 9019 SETTLEMENT MOTION AND RESPOND |
| SRK | 749 | 01/05/10 | 490.00 | 0.20 | 98.00 | ATTEND TO CRIMINAL REFERRAL DRAFT |
| SRK | 749 | 01/06/10 | 490.00 | 0.20 | 98.00 | ATTEND TO EMAILS RE "EMBEZZLEMENT" BY REARDON |
| MW | 745 | 01/06/10 | 132.00 | 0.80 | 105.60 | REVISE/FINALIZE DRAFT OF CRIMINAL REFERRAL |
| SRK | 749 | 01/12/10 | 490.00 | 0.50 | 245.00 | ATTEND COURT HEARING REGARDING PRIORITY OF EXAMINER FEES |

*Kapila & Company*

## Billing Worksheet
### Sunday, January 31, 2010
### January 1, 1900 - January 31, 2010

13003    W.B. CARE CENTER, LLC dba W BR          **Time & Expenses Available to be billed**

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|-------|----------|------|------|-----------|--------|-------------|
| SKB | 749 | 01/13/10 | 204.00 | 0.50 | 102.00 | ADDRESS EMAIL FROM J. HELLER REGARDING EMBEZZLEMENT BY STUDYING PAST EMAILS ABOUT THE TRANSFER FROM REGIONS BANK. |
| MMD | 749 | 01/13/10 | 320.00 | 0.40 | 128.00 | COMPILE E-MAILS RE BANKING TRANSITION FOR J. HELLER. |
| SKB | 749 | 01/27/10 | 204.00 | 0.40 | 81.60 | PARTICIPATE IN T/C WITH POTENTIAL BUYER, J. GLENWRIGHT REGARDING FACILITY. |
| SKB | 749 | 01/28/10 | 204.00 | 0.50 | 102.00 | ADDRESS QUESTIONS FROM POTENTIAL BUYER J. GLENWRIGHT. |
| SKB | 749 | 01/30/10 | 204.00 | 0.40 | 81.60 | FOLLOW-UP WITH Z. SHEMESH AND H. FRUHMAN REGARDING QUESTIONS FROM POTENTIAL BUYER. |

BUSINESS ANALYSIS (BANKRUPTCY) Totals          19.30    6,624.40

**EXPENSES**

| Staff | Activity | Date | Rate | Hrs/Units | Amount | Description |
|-------|----------|------|------|-----------|--------|-------------|
| EXP | E815 | 11/30/09 | | | 13.70 | |
| EXP | E815 | 11/30/09 | | | 13.70 | |
| EXP | E855 | 12/01/09 | | | 58.46 | |
| EXP | E815 | 12/02/09 | | | 13.70 | |
| EXP | E815 | 12/02/09 | | | 13.70 | |
| EXP | E815 | 12/03/09 | | | 13.70 | |
| EXP | E815 | 12/03/09 | | | 13.70 | |
| EXP | E815 | 12/07/09 | | | 14.02 | |
| EXP | E815 | 12/11/09 | | | 14.02 | |
| EXP | E855 | 12/14/09 | | | 27.68 | |
| EXP | E855 | 01/02/10 | | | 1.80 | |
| EXP | E805 | 01/04/10 | | | 13.20 | |
| EXP | E855 | 01/04/10 | | | 30.00 | |

EXPENSES Totals                                          241.38

Client W.B. CARE CENTER, LLC dba W BR          18,107.98

EXHIBIT D

## CERTIFICATION

1.     I have been designated by Soneet R. Kapila, Examiner as the professional with responsibility in this case for compliance with the current mandatory Guidelines for Fees and Disbursements for Professionals in the Southern District of Florida in Bankruptcy Cases (the "Guidelines").

2.     I have read the Applicant's application for compensation and reimbursement of costs (the "Application").

3.     To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the Guidelines except as specifically noted in this Certification and described in the Application.

4.     To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines, except as specifically noted in this Certification and described in the Application.

5.     Except to the extent that fees or disbursements are prohibited or restricted by the Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

6.     In providing reimbursable service or disbursement (other than time charged for paraprofessionals and professionals), the Applicant does not make a profit on that service or disbursement (except to the extent that any such profit is included within the permitted allowance amounts set forth in the Guidelines for photocopies and facsimile transmission).

7.     In charging for a particular service or disbursement, the Applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay (except to the extent that any such amortization is included within the permitted allowable amounts set forth herein for photocopies and facsimile transmissions).

8.     In seeking reimbursement for a service which the Applicant justifiably purchased or contracted from a third party, the Applicant is requesting reimbursement only for the

amount billed to the Applicant by the third-party vendor and paid by the Applicant to such vendor.

9.    The Trustee (if any), the examiner (if any), the chairperson of each official committee (if any), the Debtor, the U.S. Trustee, and their respective counsel, will be mailed, simultaneously with the filing of the Application with the Court, a complete copy of the Application (including all relevant exhibits).

10.   The following are the variances with the provisions of the Guidelines, the date of the specific Court approval of such departure, and the justification for the departure: NONE.

I HEREBY CERTIFY that the foregoing is true and correct.

Dated this 1st day of February, 2010.

Soneet R. Kapila, Examiner
1000 South Federal Highway, #200
Fort Lauderdale, Florida  33316
954/761-1011

/s/Soneet R. Kapila
Soneet R. Kapila, C.P.A.

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

IN RE:                                          **Case No. 09-26196-BKC-JKO**
                                                **Chapter 11 Proceeding**

**W.B. CARE CENTER, LLC**

_____**Debtor./**

### CERTIFICATE OF SERVICE

I, SONEET R. KAPILA, C.P.A., certify that a true and correct copy of the foregoing Application for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses to Chapter 11 Examiner for Period of December 1, 2009 through January 31, 2010 was served by first class mail or e-mail to those interested parties listed below this 1st day of February, 2010.

United States Trustee's Office          W.B. Care Center, LLC
51 SW 1st Avenue, #1204                 7751 West Broward Blvd.
Miami, Florida  33130                   Plantation, Florida  33324

Patricia A. Redmond, Esq.               Robert P. Charbonneau, Esq.
150 Flagler Street, #2200               800 Brickell Avenue, #902
Miami, Florida  33130                   Miami, Florida  33131


                                        Soneet R. Kapila, Examiner
                                        1000 South Federal Highway, #200
                                        Fort Lauderdale, Florida  33316
                                        954/761-1011



                                        _____/s/Soneet R. Kapila_____
                                        Soneet R. Kapila, C.P.A.