UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In Re:                                                                    Chapter 11

W.B. CARE CENTER LLC                                    Case No. 09-26196-BKC-JKO
d/b/a WEST BROWARD CARE CENTER

____Debtor._____/

## NOTICE OF FILING APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

**W.B. CARE CENTER LLC d/b/a WEST BROWARD CARE CENTER,** Debtor in Possession ("Debtor"), by and through undersigned counsel, gives notice of filing of the attached *Applications for Administrative Expense Claim for Hathaway Resources, Inc*. received in our offices on Monday, February 1, 2010.

Respectfully submitted this 1st day of February 2010

                    **EHRENSTEIN CHARBONNEAU CALDERIN**
                    Attorney for the Debtor-in-Possession
                    501 Brickell Key Drive, Suite 300
                    Miami, Florida 33131
                    T 305.722.2002        F 305.722.2001

By:       /s/
                    Robert P. Charbonneau, Esq.
                    Florida Bar Number 968234
                    rpc@ecclegal.com

**Hathaway Resources, Inc.**
1611 91st Ct N.W.
Bradenton, FL 34209

# Invoice

**Invoice #:** 129Adm
**Invoice Date:** 1/29/2010
**Due Date:** 1/29/2010
**Project:**
**P.O. Number:**

**Bill To:**

West Broward Care Center

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Admintrative Service's for The Bankrutcy of West Broward | | 1,250.00 | 1,250.00 |

| | |
|---|---|
| **Total** | $1,250.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,250.00 |

We only just received this in the mail on the date it was to be Filed with you.

please accept
Thank You
Hathaway Resources
Duane Hathaway

Hathaway Resources, Inc.
1611 91st Ct. N.W.
Bradenton, Fl 34209

CERTIFIED MAIL™

7009 1680 0002 0335 3580

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
BRADENTON, FL 34209
JAN 29, '10
AMOUNT
$5.54
00085134-02

1000
33131

Ehrenstein Charbonneau Calderin
Attn: Robert P. Charbonneau, Esq.
501 Brickell Key Drive, Suite 300
Miami, FL 33131