

**ORDERED in the Southern District of Florida on March 30, 2010.**

_____
John K. Olson, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

In re:                                                                       Chapter 11

W.B. CARE CENTER LLC                                    Case No. 09-26196-BKC-JKO
d/b/a WEST BROWARD CARE CENTER

    Debtor.
_____/

**AGREED ORDER GRANTING, IN PART, FOSTER MEDICAL
SUPPLY'S APPLICATION FOR ADMINSTRATIVE EXPENSE CLAIM (D.E. 268)**

THIS MATTER came before the Court for hearing on February 16, 2010 at 1:30 PM ("**Hearing**") upon the *Emergency Motion to Compel Production of Documents From Foster Medical Supply and Park Shore Drug, Inc.* (D.E. 340) ("**Motion**") filed by W.B. Care Center, LLC, the Debtor, against Foster Medical Supply ("**Foster**").

In its Application, Foster seeks allowance of an administrative expense claim pursuant to 11 U.S.C. § 503(b)(3) ("**Admin. Claim**") in the Debtor's bankruptcy case in the amount of $24,790.82, however, at the hearing, the parties advised the Court that they had reached a settlement pending client approval.

Based on the agreement of the parties, the Court finds good cause to grant in part the relief requested in the Application. Therefore, it is—

**ORDERED** that:

1. The Application is **GRANTED IN PART**.

2. Foster shall have an allowed Admin. Claim in the amount of $2,479.00.

# # #

**Submitted by:**
Matthew H. Scott, Esquire
Tripp Scott
110 SE Sixth Street, Suite 1500
Fort Lauderdale, FL 33301
Telephone: 954-525-7500
mhs@trippscott.com

**Copies Furnished to**:
Matthew H. Scott, Esq.
(Attorney Scott is directed to serve copies of this Order
on all other interested parties and to file a certificate of service.)