

**ORDERED in the Southern District of Florida on April 05, 2010.**

_____
John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In Re:                                                                    Chapter 11

W.B. CARE CENTER LLC                                  Case No. 09-26196-JKO
d/b/a WEST BROWARD CARE CENTER

　　　Debtor.　　　　　　　　　　/

### ORDER GRANTING-IN-PART MOTION OF PAULA MOSLEY FOR THE ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE

**THIS MATTER** came before the Court on Thursday, February 18, 2010 at 2:00 p.m. (the "Hearing") upon *Paula Mosley's Motion for the Allowance and Payment of an Administrative Expense* (the "Motion") [D.E. 288].[1] The Court finds that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. §157(b)(2) and that the Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334. The Court has considered the Motion, the documents attached to the Motion, and those documents subsequently

---

[1] Movant appeared at the heaing, and the Court directed movant to work with Debtor's counsel to produce records in support of her claim for unpaid, post-petition accrued benefits. Movant produced those records to counsel for the Debtor.

produced to counsel for the Debtor. In consideration of the foregoing, the Court finds that movant's claim for accrued post-petition benefits is meritorious, but that all requests for reimbursement of pre-petition accrued benefits must be denied as a matter of law. Accordingly, the Court **ORDERS** as follows:

1. The Motion is GRANTED-IN-PART.

2. Those portions of the Motion seeking allowance and payment of pre-petition accrued benefits are denied as a matter of law.

3. Those portions of the Motion seeking allowance and payment of post-petition accrued benefits are granted. The movant's claim for administrative expenses shall be allowed in the amount of $1,031.15.

# # # #

**Submitted by**:

Robert P. Charbonneau, Esquire
Florida Bar No.: 968234
rpc@ecclegal.com
Ehrenstein Charbonneau Calderin
Attorneys for the Debtor
501 Brickell Key Drive, Suite 300
Miami, Florida  33131
T. 305.722.2002   F. 305.722.2001

**Copy to Robert P. Charbonneau, Esquire, who is directed to serve a conformed copy of the Order upon all Parties entitled to service and file a Certificate of Service.**