

**ORDERED in the Southern District of Florida on November 15, 2010.**

**John K. Olson, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

*In Re:*                                                     **Chapter 11**

**W.B. CARE CENTER LLC**                     **Case No. 09-26196-JKO**
**d/b/a WEST BROWARD CARE CENTER**

_____**Debtor.**_____/

**ORDER GRANTING DEBTOR'S MOTION SEEKING ENTRY OF AN**
**ORDER DISCHARGING ALAN R. BARBEE, CPA, JOHN HELLER, CPA,**
**AND MARCUMRACHLIN, A DIVISION OF MARCUM, LLP, OF ANY AND**
**ALL REMAINING DUTIES TO THE DEBTOR AND ITS BANKRUPTCY ESTATE**

**THIS MATTER** came before the Court on Tuesday, October 19, 2010 at 10:00 a.m.

(the "Hearing"), upon W.B. Care Center, LLC's (the "Debtor" or "WB") *Motion Seeking Entry*

*of an Order Discharging Alan R. Barbee, CPA, John Heller, CPA, and MarcumRachlin, a Division of Marcum, LLP, of any and all Remaining Duties to the Debtor and its Bankruptcy Estate* (ECF 570) (the "Motion").  Having reviewed the Motion and finding good cause for the relief requested therein, the Court

      **ORDERS** as follows:

      1.      The Motion is **GRANTED**.

      2.      Alan R. Barbee, CPA, John Heller, CPA ("Heller"), and MarcumRachlin, a Division of Marcum, LLP (when referred to collectively, the "Accountants") are discharged of any and all residual duties that they may owe to the Debtor or its current Chapter 11, or future chapter 7, bankruptcy estates stemming from their engagement in this case as accountants.

      3.      Further, Heller is discharged of any and all responsibilities, duties or fiduciary obligations to the Debtor, or its current Chapter 11, or future Chapter 7, bankruptcy estates, including, but not limited to, the Expanded Duties[1] arising from the Heller Order.

      4.      Heller and Accountants are forever released from all liability, including, but not limited to, all manner of actions, claims, causes of action, suits, obligations, liabilities, damages, debts, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, expenses, compensation, attorneys' fees, court costs and other costs, judgments, executions, demands and every other claim of any kind, either at law or in equity, either direct or indirect, secondary or primary, and all consequences thereof, regardless of whether such claims are known or unknown, foreseen or unforeseen, in existence currently or inchoate and not yet accrued, which any entity or individual ever had, now has, hereafter can,

---

[1] Capitalized terms not defined herein shall be defined as in the Motion.

shall or may have against Heller and Accountants for any action Heller undertook in his role as

the Debtor's sole representative.

# # #

Respectfully Submitted by:

Robert P. Charbonneau, Esquire
Florida Bar No.: 968234
rpc@ecclegal.com
Ehrenstein Charbonneau Calderin
501 Brickell Key Drive, Suite 300
Miami, Florida  33131
T. 305.722.2002   F. 305.722.2001


**Copy to Robert P. Charbonneau, Esquire, who is directed to serve a conformed copy of the Order upon all Parties entitled to service and file a Certificate of Service.**