UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)
www.flsb.uscourts.gov

In re:                                                                Case No. 09-26196-BKC-JKO

WB CARE CENTER, LLC, d/b/a WEST                Chapter 7
BROWARD CARE CENTER, and
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.,
    Debtor.
_____/

### CHAPTER 7 TRUSTEE'S MOTION TO RESERVE FINAL JUDGMENT

**KENNETH A. WELT**, as Chapter 7 for the above-captioned Debtor's estate (the "Trustee"), by and through undersigned counsel, hereby files his Motion to Reserve Final Order (the "Motion") and in support thereof states as follows:

1. The Debtor filed for bankruptcy relief under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") on August 5, 2008 [ECF No. 1], and the case was converted to a case under Chapter 7 of Title 11 on September 13, 2010 [ECF No. 565]. On September 16, 2010, Kenneth A. Welt was appointed as the Chapter 7 Trustee in the above-captioned case [ECF No. 566].

1. On April 14, 2011, the Trustee initiated a Complaint to Avoid and Recover Preferential Transfers (Adv. Proc. No. 11-01908-JKO), pursuant to 11 U.S.C. §§ 547 and 550.

2. On May 26, 2011, the Trustee obtained final judgment against the Defendant, Home Media Center, Inc. a/k/a Home Media Center of Miami, in the principal amount of forty eight thousand six hundred ninety six dollars and twenty cents ($48,696.20), for all of which let execution issue (the "Final Judgment") [Adv. Proc., ECF No. 9]. Interest at the rate provided by federal law will accrue on the above amount from May 26, 2011.

3. The Trustee has undertaken collection efforts, but has been unable to satisfy in whole or in part the Final Judgment.

1

4.Collection efforts concerning this Final Judgment are one of the only remaining tasks in this case.  The Trustee may never be able to obtain whole or partial satisfaction of this Final Judgment, but at this time, does not wish to abandon same.

5.Accordingly, as nearly all other tasks have been completed in the administration of this estate, the Trustee is filing this Motion in order to file his final report and to close the bankruptcy estate, subject to re-opening it at a later date upon any possible future satisfaction or partial satisfaction of the Final Judgment against Defendant, Home Media Center, Inc. a/k/a Home Media Center of Miami.

WHEREFORE, KENNETH A. WELT, in his capacity as the Chapter 7 Trustee for the estate of WB Care Center, LLC, respectfully requests that this Court enter an Order in the form attached hereto as *Exhibit A*: (i) permitting him to take all action to close the Debtor's estate, while reserving the unpaid Final Judgment against Home Media Center, Inc. a/k/a Home Media Center of Miami, for the Trustee to reopen this case, in the event of any satisfaction or partial satisfaction of the unpaid Final Judgment; and (ii) granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 19th day of June, 2014.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**
*Counsel for Chapter 7 Trustee*
200 E. Broward Boulevard, Suite 1110
Fort Lauderdale, FL 33301
Tel: (954) 858-5880   Fax: (954) 208-0888
Email: Nicole.Mehdipour@ntmlawfirm.com
Email: Kimberly.Salamone@ntmlawfirm.com

 /s/ Nicole Testa Mehdipour
   Nicole Testa Mehdipour
   Florida Bar No. 177271
   Kimberly Salamone
   Florida Bar No. 86560

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on June 19, 2014, via the Court's CM/ECF electronic mail notification system and via U.S. Mail to all parties as indicated below and on the attached.

/s/ Nicole Testa Mehdipour
Nicole Testa Mehdipour

***Via CM/ECF***

- Michael I Bernstein    michael@miblawoffice.com, michael@bernstein-lawfirm.com;jason@bernstein-lawfirm.com
- John G. Bianco III    jgb@trippscott.com, bankruptcynoticecenter@trippscott.com
- Michael A Borkowski    michael.a.borkowski@ahearncpa.com
- Robert P. Charbonneau    rpc@ecccounsel.com, nsocorro@ecclegal.com;bankruptcy@ecclegal.com
- Michael Foster    mcf@trippscott.com
- Debora Fridie    fridied@ahca.myflorida.com
- Andrew Fulton IV    andrew@kelleylawoffice.com, martha@kelleylawoffice.com;veronica@kelleylawoffice.com;brittany@kelleylawoffice.com
- Daniel L. Gold    dgold@ecccounsel.com, bankruptcy@ecclegal.com,nsocorro@ecclegal.com
- Kevin L Hagen    khagen@hagenlawfirm.com, akaplan@hagenlawfirm.com
- Hollie N Hawn    hhawn@broward.org, swulfekuhle@broward.org
- Julie E Hough    jhough@polenbergcooper.com, fcolumbo@polenbergcooper.com
- Soneet R. Kapila    mwalker@kapilaco.com
- Craig I Kelley    craig@kelleylawoffice.com, martha@kelleylawoffice.com,kelleyecfsouthern@gmail.com,veronica@kelleylawoffice.com, brittany@kelleylawoffice.com
- Gary M Kurz    gary.kurz@hhs.gov
- Frank F McGinn    ffm@bostonbusinesslaw.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, ksalamone@ntmlawfirm.com;cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Kristopher E Pearson    kpearson@stearnsweaver.com, mmasvidal@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;larrazola@stearnsweaver.com;sanderson@stearnsweaver.com; cgraver@stearnsweaver.com
- Patricia A Redmond    predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;akoo@akingump.com;jklewis@akingump.com
- David R Rothenstein    drr@ecclegal.com, nsocorro@ecclegal.com;ecala@ecclegal.com;bankruptcy@ecclegal.com;jbetancourt@ecclegal.com;parboleda@ecclegal.com
- David R Rothenstein    drr@ecclegal.com, nsocorro@ecclegal.com;ecala@ecclegal.com;bankruptcy@ecclegal.com;jbetancourt@ecclegal.com;parboleda@ecclegal.com

3

- Kimberly Salamone    ksalamone@ntmlawfirm.com, atty_mehdipour@bluestylus.com;cm_ecf_service@ntmlawfirm.com
- Wayne H Schwartz    schwartz@leeamlaw.com
- Cheryl Thompson    cthompson@anthonyandpartners.com, efiling@thompsonlawpractice.com
- William R. Trueba    wtrueba@etlaw.com
- Diane Noller Wells    dwells@devinegoodman.com, efiling@devinegoodman.com
- Kenneth A Welt    , fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

*Via U.S. Mail*

Home Media Center, Inc.
Attn: Robert Meyers, President and Registered Agent
555 NE 34th Street, Suite 507
Miami, FL 33137

Lawrence M. Schantz, Esq.
100 S.E. 2nd Street, 27th Floor
Miami, FL  33131

Foster Medical Supply
c/o John G. Bianco, III
110 SE 6th Street
Suite 1500
Fort Lauderdale, FL 33301

Anne Janet De Ases
9360 SW 72 St # 283
Miami, FL 33173

James H. Fierberg
1 S.E. 3 Ave 25th Fl
Miami, FL 33131

Estella Gamez
15424 NE 2 Ave
N miami Beach, FL 33162

Daniel L. Gold
800 Brickell Ave # 902
Miami, FL 33131

Lynn Granata
11121 SW 161 St
Miami, FL 33157

Medicom, LLC
c/o Jacob Bakst
1090 Coney Island Ave #202
Brooklyn, NY 11230

Paula Mosley
15900 SW 104 Ct
Miami, FL 33157

Martha Peeples
11121 SW 161 St
Miami, FL 33157

Timothy P Reardon
c/o Joel L Tabas
One Flagler Bldg
14 NE 1st Ave, PH
Miami, FL 33132

Jacqueline Romano
404 NW 44 Ct
Miami, FL 33126

David R Rothenstein
800 Brickell Ave # 902
Miami, Fl 33131

Peter E Shapiro
200 E Broward Blvd # 2100
Ft. Lauderdale, FL 33301

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
c/o David C. Pollack, Esq.
150 West Flagler Street
Miami, Fl 33130

David S Tadros
1665 Palm Beach Lakes Blvd #900
West Palm Beach, FL 33401

United States of America
51 SW 1 Ave
Miami, FL 33130

4

**EXHBIT A**
**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(FORT LAUDERDALE DIVISION)**
www.flsb.uscourts.gov

In re:                                                                  Case No. 09-26196-BKC-JKO

**WB CARE CENTER, LLC, d/b/a WEST**                **Chapter 7**
**BROWARD CARE CENTER, and**
**STEARNS WEAVER MILLER WEISSLER**
**ALHADEFF & SITTERSON, P.A.,**
        Debtor.
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO RESERVE FINAL JUDGMENT**

THIS CAUSE came on before the Court upon the Chapter 7 Trustee's Motion to Reserve Final Judgment [ECF No.____] (the "Motion"). The Court having reviewed and considered the Motion, and being otherwise fully advised in the premises, finds good cause to grant the Motion. Accordingly, it is

5

**ORDERED** as follows:

1. The Motion to Reserve Final Judgment is **GRANTED** in full.

2. The Trustee may take all necessary action to close this estate, but the Final Judgment against the Defendant, Home Media Center, Inc. a/k/a Home Media Center of Miami (Adv. Proc. No. 11-01908-JKO), shall not be abandoned and is preserved for the benefit of the estate.

3. The Trustee may seek to reopen this case at a later date to administer any funds recovered by him on account of this Final Judgment.

###

**Submitted by:**
Nicole Testa Mehdipour, Esquire
LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.
200 E. Broward Boulevard, Suite 1110
Fort Lauderdale, FL 33301

*(Ms. Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*